UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LATASHA JOHNSON, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:14CV286 SNLJ |
| ) | |
| CITY OF HAZELWOOD, et al., ) | |
| ) | |
| Defendants. ) | |
| HENRIETTA JOHNSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:14CV1311 RLW |
| ) | |
| CITY OF HAZELWOOD, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

The Court, upon review of the file in case number 4:14CV286 (SNLJ), finds that there is a related cause of action, case number 4:14CV1311 (RLW). Upon review of the complaints in both cases, the Court finds that both actions pertain to the death of Antonio L. Johnson and the circumstances of an arrest that preceded his death. Further, plaintiffs in both actions have alleged a wrongful death claim. Under Missouri law, section 537.080 RSMo, "[o]nly one action may be brought . . . against any one defendant for the death of any one person." Federal Rule of Civil Procedure 42 provides for consolidation of cases involving a common question of law or fact. This Court finds that the actions involve common questions of law and fact. Consolidation is, therefore, proper. Therefore, on the Court's own motion and in the interests of judicial economy, the cases will be consolidated.

Accordingly,

**IT IS HEREBY ORDERED** that *Johnson, et al. v. City of Hazelwood*, No. 4:14CV1311 (RLW) is consolidated with this action, *Johnson, et al. v. City of Hazelwood, et al.*, No. 4:14CV286 (SNLJ).

**IT IS FURTHER ORDERED** that *Johnson, et al. v. City of Hazelwood*, No. 4:14CV1311 (RLW) shall be reassigned to the undersigned in accordance with E.D.Mo. L.R. 4.03.

**IT IS FINALLY ORDERED** that following consolidation all documents shall be filed in *Johnson, et al. v. City of Hazelwood, et al.*, No. 4:14CV286 (SNLJ).

Dated this 19th day of September, 2014.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE