


## Hazelwood Police Department
## Supervisor's Use of Force Report

Complaint Number 2013-02803

| 07/09/2013 | 2104 | 4600 Aubuchon Hazelwood, Missouri |
|---|---|---|
| Date | Time | Location of Occurrence |

( ) On View  (✓) Radio  ( ) Station Assignment  ( ) Citizen  ( ) Phone

Johnson, Antonio     M   40   6"5"   200
Suspect's Name (Last, First, MI)    Sex   Age   Height   Weight

**Officer/s Who Used Force**    **Type Of Force Used:**

1. Sgt. Norman Mars dsn 273
( ) Physical  ( ) Pepper Spray  (✓) Baton  (✓) Taser  ( ) Other
( ) Firearm Type _____ S/N X00-147350

2. Patn. Danial Kenner dsn 407
( ) Physical  ( ) Pepper Spray  ( ) Baton  (✓) Taser  ( ) Other
( ) Firearm Type _____ S/N X00-374802

3. _____
( ) Physical  ( ) Pepper Spray  ( ) Baton  ( ) Taser  ( ) Other
( ) Firearm Type _____ S/N _____

**Other Officers on the Scene:**

1. Patn. Jason Corson dsn 417
2. _____
3. _____
4. _____

**Brief Reason for Use of Force**

On 07/09/13 at approxiamtely 2104 hrs Sgt. Mars stopped a reported drunk driver on Aubuchon I After making contact with the driver Sgt. Mars was attempting to handcuff him at which time the driver would not comply. Mars placed one handcuff on the suspect at which time he was asked to

**Injuries**

Suspect (Describe Injuries) small laceration above right eye
Examined at Hospital (✓) Yes  ( ) No    Fit for Confinement ( ) Yes  (✓) No    Admitted (✓) Yes  ( ) No

Officer # 1 (Describe Injuries) scratch on right forearm, bruise right forearm, scratches on both knees
Examined at Hospital ( ) Yes  (✓) No    Admitted ( ) Yes  (✓) No

Supervisor On Scene Lt. Michael Brady dsn 234

Witness Located ( ) Yes  (✓) No    Witness Interviewed ( ) Yes  (✓) No

Use of Force Justified (✓) Yes  ( ) No    ( ) Further Investigation Recommended    Supervisor's Initials & DSN _____

Report was reviewed and complies with Use of Force Written Guidelines    Comments on Back (✓) Yes  ( ) No

(✓) Yes  ( ) No Supervisor Lt. Michael Brady 234    _signature_    7-10-13
(✓) Yes  ( ) No Manager _____    _signature_    7-15-13
(✓) Yes  ( ) No Professional Standards _____    _signature_    7/22/13
(✓) Yes  ( ) No Carl R. Wolf, Chief of Police _____    _signature_    7/23/13

HPD Form 331 (rev 9-05)

**EXHIBIT C**

**Additional Comments:**

to place his other hand behind his back to complete the handcuffing procedure at which time he refused. At this point Mars stated he ordered the suspect several times to place his hand behind his back and when he continually failed to so so, Mars pulled the suspects handcuffed hand and placed him on the ground and completed the handcuffing procedure. Mars stated at this point the subject was lying on the ground being compliant.

Mars stated as he escorted the suspect to his vehicle and advised the suspect to sit down at which time the suspect attempted to step through the handcuffs to place them in front of him. Mars stated he pushed the suspect sideways at which time the suspect grabbed him at the top of his pants and attempted to grab his testicles. At this point Mars deployed his Taser in the drive stun mode to end the assault by the suspect which met with negative results. Mars stated he then used his department issued Asp by striking the suspect in the upper right arm and the outside of the suspects right leg in an attempt to stop the assault on him and also to stop the suspect from placing his handcuffs in front of him. This also ended with negative results.

Mars advised P.O. Kenner DSN 407 arrived on scene to assist him at which time the suspect grabbed Kenner's hand at which time Kenner lost his balance and fell on the suspects legs. Mars then deployed his Taser with the darts striking the suspect in the abdomen and arm. Mars stated as the Taser cycle would run the suspect would comply with his command and as the cycle ended the suspect would again attempt to place the handcuffs in front of him. Mars stated when the Taser cycle ended the suspect would begin to roll on the ground and continue to attempt to place the handcuffs in front of him at which time P.O. Kenner deployed his Taser striking the suspect in the back.

P.O. Corson DSN 417 arrived on scene at which time the officers were able to gain control of the suspect and he stopped trying to place the handcuffs in front of him. The suspect was left lying on the ground on his back awaiting the arrival of the ambulance.

Upon arrival I observed the suspect on the ground breathing on his own with three Taser probes in him. One in the arm, one in the abdomen and one in the back. I was unable to locate the fourth probe from the Taser deployment. I also observed a small laceration near the suspects eye.



*Hazelwood*
*Police Department*

For Additional Information Contact:
On Duty Supervisor 314-838-5000
Hazelwood Police Department
E-mail: PressRelease@hazelwoodmo.org

**For Immediate Release**

## Driving While Impaired

Hazelwood, Mo., July 09 2013 9:04 PM- This department received a report of a careless driver, driving on the wrong side of the roadway southbound in the northbound lane of Charbonier. The vehicle was located in 4600 block of Aubochon at which time the driver was contacted and found to be in an intoxicated condition. The driver was taken into custody for the offense of Driving While Intoxicated. While being arrested, the driver struggled with the arresting officer causing minor injuries to the officer and sustaining minor injuries to himself. Due to his extreme intoxicated condition the driver was conveyed by ambulance to DePaul Hospital for treatment. Investigation into this incident is ongoing.