

**EXHIBIT**
**A**

# Hazelwood Police Department

415 Elm Grove Ln., Hazelwood, MO 63042

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| **07/09/2013 2104** | **DRIVING WHILE INTOXICATED** | **2013-02803** | **CBA** |

| Occurred on | **07/09/2013 2104** | to | **07/09/2013 2104** |
|---|---|---|---|

### Incident Location

| Street Address | City | State | Zip Code |
|---|---|---|---|
| **4600 AUBUCHON RD** | **HAZELWOOD** | | |

| Sector | Precinct | Geo | Ward | Latitude | Primary Location |
|---|---|---|---|---|---|
| **3** | **1** | **155.1** | **W7** | | **ROADWAY** |

| Neighborhood | Jurisdiction | Longitude | Secondary Location |
|---|---|---|---|
| | | | |

### Dispatch Information

| Received Date / Time | Call Received Via | Call Dispatched As | | |
|---|---|---|---|---|
| **07/09/2013 2104** | **RADIO** | **C&I** | | |

| Arrived Date / Time | Departed Date / Time | Offense Category | TTY Ref.# | TeleType Operator |
|---|---|---|---|---|
| **07/09/2013 2104** | | **TRAFFIC VIOLATION** | | |

### Officers

| ID | Name | Role | Primary | Arrived Scene | Departed Scene |
|---|---|---|---|---|---|
| 273 | **MARS, NORMAN** | **REPORTING** | ☑ | | |
| 407 | **KENNER, DANIAL** | **ASSISTING** | ☐ | | |
| 417 | **CORSON, JASON** | **ASSISTING** | ☐ | | |

### Offenses

| Charge | | | State Statute | State Charge Code | Category |
|---|---|---|---|---|---|
| | Cause Number | Local Code | Jurisdiction | Type/Class | |
| **DRIVING WHILE INTOXICATED** | | | | | **TRAFFIC VIOLATION** |
| | 342.020 | | | O | |
| **DRIVING WHILE REVOKED/SUSPENDED** | | | | | **TRAFFIC VIOLATION** |
| | 385.010 | | | O | |
| **FAILURE TO COMPLY** | | | | | **ORDINANCE VIOLATION** |
| | 215.070 | | | O | |
| **RESIST ARREST BY FLEEING (M)** | | | 575150 | 2704001 | **JUSTIC OFFENSE** |
| | | | | M A | |
| **ASSAULT 3RD ON LAW ENFORCEMENT OFFICER USING HANDS FISTS** | | | 565.083 | 1312012 | **ASSAULT** |
| | 215.120 | | | M A | |

### Offense / Incident Narrative

Sir:

On the above date and time, I responded to the area of Aubuchon Road and Charbonier Road to

| Reporting Officer | 273 MARS, NORMAN | Approving Officer ( I ) |
|---|---|---|
| | | ( Cover Pages Only ) |

| Approving Officer ( II ) | Approving Officer ( III ) |
|---|---|
| ( Cover Pages Only ) | ( Cover Pages Only ) |

© 1994 - 2013. Information Technologies. Inc. http://www.itiusa.com

# Hazelwood Police Department

415 Elm Grove Ln., Hazelwood, MO 63042

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 07/09/2013 2104 | **DRIVING WHILE INTOXICATED** | **2013-02803** | **CBA** |

check the area for a careless and imprudent driver. The dispatcher advised me they received numerous "911" calls regarding a suspected drunk driver who was driving 15-20 miles per hour and driving into oncoming traffic. I was wearing my full Hazelwood Police Department uniform while driving fully marked Hazelwood Police Department vehicle 136. While en route to the call, the dispatcher advised me the vehicle, a gray colored GMC or Chevrolet Suburban, bearing Missouri license plate CH9P4H, continued traveling south into Bridgeton, Missouri venue and that Hazelwood Police were no longer needed.

A few minutes later, the dispatcher put out a general broadcast advising the above-mentioned vehicle turned around and was now travelling northbound on Aubuchon Road toward Hazelwood, Missouri. I travelled south on Aubuchon Road and a couple of minutes later, I observed the vehicle, found to be a gray colored GMC Yukon, stopped on the right side of Aubuchon Road, just inside the Hazelwood City Limits. A black male was standing on a gravel driveway next to the road and a white male was moving the vehicle off the roadway and onto a gravel driveway.

The black male was subsequently identified as:

Johnson, Antonio L.; black male; DOB: ████ 1973; SSN: ████ 5593; ████████
████████ telephone: none

Two other subjects were identified as witnesses. They are identified now as:

Wilson, Mark Lynn; white male; DOB: ████ 1967; ████████
████ telephone 314-707-3204

Rapa, Eric Charles; white male; DOB: ████ 1983; ████████
████ telephone 636-352-3406

As the white male (Rapa) was exiting the gray GMC, I believed he was the driver and advised him to sit inside the vehicle until I could speak with him. Rapa told me he wasn't the driver and that he was only moving the vehicle out of the roadway. Rapa pointed to Johnson and advised me he (Johnson) was driving the vehicle.

I asked Johnson what he was doing. He stated he was just "out here" and he appeared intoxicated. While speaking with Johnson I looked at his eyes and noticed both eyes were bloodshot. His pupils were dilated, resting nystagmus was present, he had very rigid muscle tone and he was sweating profusely. These observations led me to believe Johnson was possibly impaired by a disassociative anesthetic (suspected PCP).

| Reporting Officer     273    **MARS, NORMAN** | Approving Officer ( I ) |
|---|---|
| | ( Cover Pages Only ) |
| Approving Officer ( II ) | Approving Officer ( III ) |
| ( Cover Pages Only ) | ( Cover Pages Only ) |

Printed   07/16/2013 1741

© 1994 - 2013. Information Technologies, Inc. http://www.itiusa.com

# Hazelwood Police Department

415 Elm Grove Ln., Hazelwood, MO 63042

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 07/09/2013 2104 | **DRIVING WHILE INTOXICATED** | 2013-02803 | CBA |

I asked him where he was trying to get to.  Johnson was mumbling and his speech was slurred.  He said "I just got intoxicated, that's all."  I asked him where he was going and he stated "I was....I was trying to figure out where I was at."  I again asked him where he was coming from and he stated "I was getting turned around."  I again asked him where he was coming from and he again said "Getting turned around."  I asked him if he was driving the gray GMC, and asked him if he owned the vehicle, to which he said "Yes sir."

Based on Johnson's statements and my observations, I believed Johnson was operating a motor vehicle while impaired.  I advised Johnson I was placing him under arrest for Driving While Intoxicated and I advised him to place his hands behind his back.  Johnson placed his arms sideways away from his body, where they were straight and his hands were level with his shoulder, as if he were going to do a "windmill."  I first placed a handcuff on his right wrist and moved his right arm behind his back.  Due to me trying to maintain a tactical advantage over Johnson, I stood behind him and to his right and I advised Johnson to move his left arm behind his back; he would not do so.  I told him three times to bring his hand behind his back and I advised him he was failing to comply and he was ordered a fourth time to place his left hand behind his back so he could be handcuffed.  After he failed to comply the fourth time, I pulled his right arm down toward the ground, pulling him off balance and he fell to the ground.  I immediately moved his right arm behind his back and then placed my hand on his left arm, bringing that back at which time he was handcuffed.

I next contacted Wilson who stated he was one of the original callers.  Wilson stated his attention was first drawn to the gray GMC while Wilson was travelling southbound on Charbonier Road from Riverwood Estates Blvd.  Wilson stated the driver of the gray GMC, who he identified as Antonio Johnson, was driving at a slow speed, about 15-20 miles per hour, and he crossed the centerline several times, driving into oncoming (northbound) traffic.  Wilson stated he continued to follow Johnson southbound, to the intersection of Earth City Expressway and Missouri Route 370, when Johnson turned around and began travelling north again.  Because Wilson believed Johnson was a drunk driver, he continued to follow Johnson and report his location to the police dispatcher.  Wilson stated Johnson eventually pulled off the side of the road (where the right side wheels were off the side of the roadway) and he stopped behind the gray GMC (after Wilson followed him for approximately 6 miles).

I next contacted Rapa who stated he didn't see Johnson driving, but he saw the gray GMC stopped in the middle of the roadway and he saw Johnson get out of the vehicle from the driver seat.  Rapa stated that Johnson was "wobbling" a little.  Rapa asked Johnson if he was okay and if he could help him out.  Rapa said the Johnson said he (Johnson) didn't know what was going on.  Rapa asked

| Reporting Officer | 273 | MARS, NORMAN | Approving Officer ( I ) |
|---|---|---|---|
| | | | ( Cover Pages Only ) |
| Approving Officer ( II ) | | | Approving Officer ( III ) |
| ( Cover Pages Only ) | | | ( Cover Pages Only ) |

© 1994 - 2013. Information Technologies, Inc. http://www.itiusa.com

# Hazelwood Police Department

415 Elm Grove Ln., Hazelwood, MO 63042

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 07/09/2013 2104 | **DRIVING WHILE INTOXICATED** | 2013-02803 | CBA |

Johnson if he could move his vehicle off the roadway and Johnson stated he could.  Rapa was in the process of moving Johnson's vehicle off the roadway when I arrived.

After speaking with Wilson and Rapa, I assisted Johnson into a seated position to prevent any chance of positional asphyxiation.  I advised Wilson and Rapa that Johnson was now under control and they were free to leave, which they did.

I next assisted Johnson to his feet and escorted him to the side of my police vehicle, where I requested another car to contact me so Johnson could be transported, as my police vehicle is not equipped with a cage.  Due to Johnson's physical stature (6'05" tall, weighing about 200 pounds with a rigid, muscular build), I advised him to sit down until the other police officer arrived.  Johnson had a cellular phone in his hand.  I took the phone from Johnson and I turned the cellular telephone off and placed it in his pocket.  I advised Johnson I would assist him in sitting down, and as he was squatting to sit, he quickly moved his hands to the back of his feet and tried to "step out" of the handcuffs, so they would be in front of him.  Johnson has very long arms and due to his athletic build, apparent flexibility and his suspected impairment on PCP, he could have very easily moved his hands to his front. Due to my training and experience, a handcuffed suspect attempting to get their hands in front of them is either attempting to escape or assault the officer.  The situation was made worse as Johnson was suspected to be under the influence of PCP and due to my training and experience, those who are impaired by PCP are extremely strong, violent and dangerous.  Also, I was alone with a suspect along the side of a two lane road at the extreme southwest corner of our venue, which could be considered rural.  Due to the proximity of my location, it usually has a typically longer than normal response time for assist units to arrive.  The road is not lit, it was during the night time hours, and I was attempting to restrain Johnson on a loose gravel driveway of various sized rocks.

I pushed Johnson off balance and he fell to his side.  I climbed on top of him to restrain him and move his hands back to the small of his back.  Johnson's strength was incredible and I could not get his hands in the proper position.  Johnson was lying on his left side and his legs were curled up.  Johnson grabbed my legs and tried to pull me off balance but I was able to maintain my balance and stay with him.  Johnson then grabbed my pants at the top of my thigh and attempt to grab my testicles.  As this was going on, my primary goal at the time was to keep Johnson's hands behind him, because if he was able to move his hands in front of him, I believed that he would try to harm or kill me.  Realizing I was in danger and hoping to bring the event to a quick conclusion with minimal use of force, and in an effort to keep Johnson's hands behind him, I removed my department issued Taser.  I removed the cartridge from the Taser, yelled "Taser, Taser, Taser" and used the Taser to drive-stun Johnson.  After the Taser cycle finished, I ordered Johnson again to move his hands

| Reporting Officer          273   MARS, NORMAN | Approving Officer ( I ) |
|---|---|
| | ( Cover Pages Only ) |
| Approving Officer ( II ) | Approving Officer ( III ) |
| ( Cover Pages Only ) | ( Cover Pages Only ) |

© 1994 - 2013. Information Technologies, Inc. http://www.itiusa.com

# Hazelwood Police Department

415 Elm Grove Ln., Hazelwood, MO 63042

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 07/09/2013 2104 | **DRIVING WHILE INTOXICATED** | 2013-02803 | CBA |

behinds his back, but he refused and he attempted to move his hands to his front. I deployed the Taser again in order to gain compliance from Johnson, but he continued to pull away while attempting to move his hands in front of him. Johnson then began kicking me in my upper legs, groin and abdomen. I ordered Johnson to quit kicking me and to put his hands behind his back, but he continued to fight and it took everything I had to stay with him and to prevent him from getting his hands in front of him.

As the Taser proved ineffective, I removed my department issued Asp baton from its holder, extended it and struck Johnson on the side of his upper right arm in the large muscle mass. I was hoping the pain compliance would force Johnson to stop his assault on me and he would comply with my commands and would stop his attempts at moving his hands to his front. I struck Johnson once and stopped, ordering him to move his hands behind his back. I struck him a second time, requesting Johnson comply with my command. I struck him three or four more times, each time ordering Johnson to stop fighting me and place his hands behind his back. Johnson kicked me again and he was again ordered to stop kicking me and to put his hand behind his back. Johnson ignored my commands and kicked me over and over. I again struck Johnson in the upper right arm three or four times, telling him to stop resisting so I wouldn't have to harm him. Johnson continued to ignore my commands and continued to fight and assault me. As the strikes to Johnson's arms proved ineffective I struck Johnson on the outside of his right leg on the common peroneal nerve, to stop his attack, while ordering him to move his hands behind his back. When I struck him on his right leg, I pleaded with him to stop resisting and to put his hands behind his back. I told Johnson that when he did so, I would stop striking him and I wouldn't have to harm him anymore.

The drive-stuns and baton strikes proved ineffective on Johnson, but it was critical that I get him in the proper handcuff position and under control. As strong and aggressive as Johnson was, I believed that if he were to get his hands in front of him, he would run off into the fields, woods or to the river, which would put his life in danger; or he would continue to attack me.

Hazelwood Officer Kenner arrived to assist and we attempted to pull Johnson's arms behind his back, but he was just too strong. Johnson began to roll around and he grabbed Kenner's right hand. As Johnson was grabbing Officer Kenner's hand, he continued to kick me and Kenner lost his balance and fell forward, landing on Johnson's legs. Kenner was able to pull away from Johnson and I told Kenner to back up. Johnson again moved his hands toward his feet. I reinserted my Taser cartridge on my Taser. I fired my Taser at Johnson and the Taser probes struck Johnson in the abdomen and his left arm. The only effect the Taser had was to temporarily cease his attempts at getting his hands in front of him. After each Taser cycle was completed, Johnson was told what to do and given the chance to comply, however, he continued to roll on the ground while still

| Reporting Officer | 273 | MARS, NORMAN | Approving Officer ( I ) |
|---|---|---|---|
| | | | ( Cover Pages Only ) |

| Approving Officer ( II ) | Approving Officer ( III ) |
|---|---|
| ( Cover Pages Only ) | ( Cover Pages Only ) |

© 1994 - 2013. Information Technologies. Inc. http://www.itiusa.com

# Hazelwood Police Department

415 Elm Grove Ln., Hazelwood, MO 63042

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 07/09/2013 2104 | **DRIVING WHILE INTOXICATED** | 2013-02803 | CBA |

attempting to get his hands in front of him.  Kenner then removed his Taser from its holster and fired his Taser at Johnson, striking him in his back.  After the Taser cycle completed, Johnson again moved his hands toward his feet.

Hazelwood Officer Corson then arrived to assist.  Johnson was still combative and was attempting to move his hands in front of him.  As there were now three police officers on the scene, Officer Kenner opened his Asp baton and placed it between Johnson's arms and the back of his legs to use the Asp baton as a lever to force Johnson's hands behind his back, and Officer Corson assisted him.  To draw Johnson off balance, I placed my hands on the shoulders of his shirt and pulled him forward, to straighten Johnson's legs out so Kenner and Corson could move his hands behind his back.    Johnson was placed on his stomach, but due to strength of Johnson, they were only successful in preventing Johnson from getting the handcuffs in front of him.

I was able to place my left knee on the top of Johnson's back and I also grabbed Kenner's Asp baton.  With three of us (Kenner, Corson and myself) pulling on the lever, we were finally able to move Johnson's hands to the small of his back.  Johnson made no further attempts to move his hands and he was rolled over to his back.

During our struggle, Johnson suffered a small laceration to his right eyebrow.  I did not observe any other injuries to Johnson and he was lying on the ground, breathing heavily and looking up to the sky.  Due to suspicions that Johnson was under the influence of a disassociative anesthetic and the fact he was combative with us for several minutes, I immediately requested an ambulance be dispatched to the scene.  As I was one of the officers who used force on Johnson, I requested my immediate supervisor, Lt. Michael Brady, respond to the scene.

At that time, Bridgeton Police Officers Black (DSN 227) and Johnson (DSN 242) arrived on the scene.  Johnson was already in custody and I advised Bridgeton Officers no further assistance was required, but they stood by on the scene to assist if needed.

Officer Kenner then asked about an injury to my right arm.  I looked down and discovered a long scratch, approximately 6" inches long, on the top of my forearm.  Furthermore, I was very fatigued; my muscles began to ache and after a while, both of my knees began to throb with pain.

Robertson Fire Protection District ambulance 5117 responded to the scene.  Johnson was placed in the ambulance and transported to DePaul Hospital (Bridgeton, Missouri) for treatment and for a "fit for confinement."  For the safety of the Firefighter/Paramedics, Officer Corson accompanied suspect Johnson to the hospital in the ambulance.

| Reporting Officer      273    MARS, NORMAN | Approving Officer ( I ) |
|---|---|
|  | ( Cover Pages Only ) |
| Approving Officer ( II ) | Approving Officer ( III ) |
| ( Cover Pages Only ) | ( Cover Pages Only ) |

© 1994 - 2013. Information Technologies, Inc. http://www.itiusa.com

# Hazelwood Police Department

415 Elm Grove Ln., Hazelwood, MO 63042

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 07/09/2013 2104 | **DRIVING WHILE INTOXICATED** | **2013-02803** | **CBA** |

A computer check of Antonio L. Johnson revealed his Missouri driver license was revoked. A check of Johnson's driver license record revealed an Administrative Alcohol Revocation (2/22/13), Driving While Intoxicated (8/28/10), Driving While Suspended/Revoked (3/8/01), Chemical Action (9/2/01), Driving While Intoxicated (12/2/99), Driving While Suspended/Revoked (12/14/96), Driving While Suspended/Revoked (10/27/96), Driving While Suspended/Revoked (12/19/95), Driving While Suspended/Revoked (7/26/94) and, Driving While Suspended/Revoked (9/27/93).

Furthermore, Johnson has an extensive criminal history with charges including, but not limited to, Sale of a Controlled Substance (F), Driving While Intoxicated, Driving While Intoxicated (drug intoxication), Trespassing, numerous counts of Driving While Suspended/Revoked and traffic charges.

Johnson was later admitted as a patient to DePaul Hospital. Warrant application will be made on Antonio Johnson through the St. Louis County Prosecuting Attorney's Office for the following charges:

Driving While Intoxicated
Driving While Driver License was Revoked
Failure to Comply with a Police Officer
Assaulting a Police Officer
Resisting Arrest

Nothing further at this time.

Respectfully submitted,

Sgt. Norman Mars, DSN 273

**Property**

| Quantity | Description | Make | Model | S/N | Ref. No. | Prop Status | Recovered ID/Date | Disposition | Value |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | **COMPACT DISC WITH IMAGES SGT. MARS INJURIES** | **MEMOREX** | **CD-R** | | | **EVIDENCE** | | | |
| 1.00 | **CD WITH DIGITAL IMAGES OF JOHNSON;S VEHICLE** | | | | | **EVIDENCE** | | | |

| Reporting Officer 273 **MARS, NORMAN** | Approving Officer ( I ) |
|---|---|
| | ( Cover Pages Only ) |
| Approving Officer ( II ) | Approving Officer ( III ) |
| ( Cover Pages Only ) | ( Cover Pages Only ) |

© 1994 - 2013. Information Technologies. Inc. http://www.itiusa.com

# Hazelwood Police Department

415 Elm Grove Ln., Hazelwood, MO 63042

## Offense / Incident Report

| Report Date | Type of Incident | | | | Complaint No. | | Case Status | |
|---|---|---|---|---|---|---|---|---|
| 07/09/2013 2104 | DRIVING WHILE INTOXICATED | | | | 2013-02803 | | CBA | |

| Quantity | Description | Make | Model | S/N | Ref. No. | Prop Status | Recovered ID/Date | Disposition | Value |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | COMPUTER DISC WITH AUDIO | MEMOREX POCKE | T CD-R | N/A | | EVIDEN CE | | | 0.00 |
| 1.00 | WRITTEN STATEMENT FROM WITNESS WILSON | | | | | EVIDEN CE | | | 0.00 |
| 1.00 | WRITTEN STATEMENT FROM WITNESS RAPA | | | | | EVIDEN CE | | | 0.00 |
| 1.00 | CD WITH INTERVIEW OF CANTRELL | | | | | EVIDEN CE | | | |
| 1.00 | EMAIL FROM CANTRELL | | | | | EVIDEN CE | | | |
| 1.00 | CD WITH INTERVIEW OF PALERMO | | | | | EVIDEN CE | | | |
| 1.00 | CD WITH RADIO TRAFFIC AND 911 CALL | | | | | EVIDEN CE | | | |
| 1.00 | MICROCASSETTE OF RADIO TRAFFIC AND 911 CALL | | | | | EVIDEN CE | | | |

| Number of Line Items | 10 | Total Value | 0.00 |
|---|---|---|---|
| Number of Recov. Items | 0 | Total Recov. Value | 0.00 |

### Victim - Entity

| Name | | Type | | | | |
|---|---|---|---|---|---|---|
| STATE OF MISSOURI | | GOV'T | | ☑ Willing to Prosecute | | Rel. to Sus. NONE |

#### Addresses

| Type | Street | | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|
| | 7900 FORSYTH | | CLAYTON | MO | 63105 | |

### Witness

| Name (Last, First Middle Suffix) | Race | Sex | DOB | Age | Juvenile | SSN | Moniker |
|---|---|---|---|---|---|---|---|
| WILSON, MARK LYNN | W | M | ███1967 | 46 | N | | |

#### Addresses

| Type | Street Address | City | State | Zip Code | Country |
|---|---|---|---|---|---|
| | ██████████ | ████ | ██████████ | | |

| Phone Numbers | | | | Email Addresses | |
|---|---|---|---|---|---|
| Type | Phone | Ext/PIN | | Type | Email Address |
| CELL | (314) 707-3204 | | | | |

| Reporting Officer 273 MARS, NORMAN | Approving Officer ( I ) |
|---|---|
| | ( Cover Pages Only ) |
| Approving Officer ( II ) | Approving Officer ( III ) |
| ( Cover Pages Only ) | ( Cover Pages Only ) |

Printed 07/16/2013 1741

© 1994 - 2013. Information Technologies, Inc. http://www.itiusa.com

# Hazelwood Police Department

415 Elm Grove Ln., Hazelwood, MO 63042

## Offense / Incident Report

| Report Date 07/09/2013 2104 | Type of Incident DRIVING WHILE INTOXICATED | | | | Complaint No. 2013-02803 | | Case Status CBA | |
|---|---|---|---|---|---|---|---|---|

| Drivers License | Type | State | Expires | Restrictions | Marital Status | Resident Status C | Ethnicity N | Language |
|---|---|---|---|---|---|---|---|---|

### Witness

| Name (Last, First Middle Suffix) RAPA, ERIC CHARLES | Race W | Sex M | DOB ___1983 | Age 29 | Juvenile N | SSN | Moniker |
|---|---|---|---|---|---|---|---|

### Addresses

| Type | Street Address | City | State | Zip Code | Country |
|---|---|---|---|---|---|
| | | | | | |

### Phone Numbers / Email Addresses

| Type | Phone | Ext/PIN | | Type | Email Address |
|---|---|---|---|---|---|
| CELL | (636) 352-3406 | | | | |

| Drivers License | Type | State | Expires | Restrictions | Marital Status | Resident Status C | Ethnicity N | Language |
|---|---|---|---|---|---|---|---|---|

### Suspect Information

| Name (Last, First Middle Suffix) JOHNSON, ANTONIO L | Race B | Sex M | DOB ___1973 | Age 40 | Juvenile | SSN ___5593 | Moniker |
|---|---|---|---|---|---|---|---|

### Addresses

| Type | Street Address | City | State | Zip Code | Country |
|---|---|---|---|---|---|
| | | | | | |

| Drivers License M208256023 | Type CLASS -F | State MO | Expires 03/15/2012 | Restrictions | Marital Status MARRIED | Resident Status C | Ethnicity N | Language ENGLISH |
|---|---|---|---|---|---|---|---|---|

### Physical Description / Place of Birth

| Height 605 | Weight 200 | Build MUS | Skin Color BLK | Complexion MBR | Eyes BRO | Type of Eyewear NO | City | State MO |
|---|---|---|---|---|---|---|---|---|
| Hair BLK | Hair Length MEDIUM | Hair Style AFRO | Beard NONE | Mustache NONE | Side Burns NONE | Mannerisms | Country USA | |
| Voice | | Teeth AVERAGE | | Deformities | | | | |

| ☑ Drugs | ☐ Alcohol | ☑ Suspect Identified | ☑ Suspect Located | ☐ Suspect Near Scene | ☐ Serious Repeat Offender |
|---|---|---|---|---|---|

### Identification Numbers

| Local PD # 46193 | Local SO # | State # MO00690148 | Military ID # N/A | Branch N/A | Rank N/A | |
|---|---|---|---|---|---|---|
| FBI # 701044LA1 | NCIC # N/A | DOC # N/A | Passport ID # N/A | Type N/A | Issued By N/A | Exp. Date |
| | | | Alien Req. N/A | Type N/A | Issued By N/A | Exp. Date |

| Reporting Officer 273 MARS, NORMAN | Approving Officer ( I ) (Cover Pages Only ) |
|---|---|
| Approving Officer ( II ) (Cover Pages Only ) | Approving Officer ( III ) (Cover Pages Only ) |

Printed 07/16/2013 1741

© 1994 - 2013. Information Technologies, Inc. http://www.itiusa.com

# Hazelwood Police Department

415 Elm Grove Ln., Hazelwood, MO 63042

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| **07/09/2013 2104** | **DRIVING WHILE INTOXICATED** | **2013-02803** | **CBA** |

### Charges

| Charge | Type Class | Jurisdiction |
|---|---|---|
| **DRIVING WHILE INTOXICATED** | **O** | |
| **DRIVING WHILE REVOKED/SUSPENDED** | **O** | |
| **FAILURE TO COMPLY** | **O** | |
| **RESIST ARREST BY FLEEING (M)** | **M A** | |
| **ASSAULT 3RD ON LAW ENFORCEMENT OFFICER USIN** | **M A** | |

### Vehicle

| Veh. Year | Make | Model | | Veh Style | VIN | | |
|---|---|---|---|---|---|---|---|
| **2000** | **GMC** | **YUKON** | | **SUV** | **3GKFK16T7YG109451** | | |

| Tag | Tag Year | Tag Month | Veh Color-Top | Veh Color-Bottom | Veh Type | Veh Value | Veh Status |
|---|---|---|---|---|---|---|---|
| **CH9P4H** | **2014** | **02** | **GRAY** | **GRAY** | **PASS** | **$0.00** | **TOWED** |

### Vehicle Owner

| Name | Phone | Ext. | EMail |
|---|---|---|---|
| **JOHNSON, LATASHA T.** | | | |

| Street No. | Dir | Street/Rt | Apt/Suite | City | St. | Zip |
|---|---|---|---|---|---|---|

### Location Information

☐ **Stolen**   ☐ **Impounded**   ☐ **Towed**   ☐ **Recovered**   ☐ **Recovered Non-Locally**

| Reporting Officer      273    MARS, NORMAN | Approving Officer ( I )   ( Cover Pages Only ) |
|---|---|
| Approving Officer ( II )   ( Cover Pages Only ) | Approving Officer ( III )   ( Cover Pages Only ) |

Printed  07/16/2013 1741

© 1994 - 2013. Information Technologies, Inc. http://www.itiusa.com

# Hazelwood Police Department

415 Elm Grove Ln., Hazelwood, MO 63042

## Offense / Incident Report

| Report Date | Type of Incident | | Complaint No. | Case Status |
|---|---|---|---|---|
| 07/09/2013 2104 | DRIVING WHILE INTOXICATED | | 2013-02803 | CBA |

**Supplemental Report**

| Supp. No. | Date / Time | ID | Officer Name | | Secondary ID / Officer Name |
|---|---|---|---|---|---|
| 0001 | 7/10/2013 6:57 PM | 407 | KENNER, DANIAL | 407 | KENNER, DANIAL |

ADDITIONAL INFORMATION

Sir,

In direct reference to Hazelwood Police report 2013-02803, this officer wishes to add the following information:

On 07-09-2013 at approximately 2104 hours I was dispatched to the 4600 block of Aubuchon Road to assist Hazelwood Police Sergeant Mars, DSN 273 on a call for a Careless and Imprudent Driver.

It should be noted that while en-route this departments tele-communicator dispatched a call for a fight in progress and put the station 10-6 (No radio traffic not related to the fight) therefore I switched to channel 2 and continued to Sgt. Mars location.

On arrival I observed Sgt. Mars on the ground with the suspect and the suspect was attempting to move his handcuffed hands from the back of his body to the front of his body. I exited my patrol vehicle and went to assist Sgt. Mars. I ordered the suspect to move his hands from behind his knees and place them behind his back, however, he refused. In an attempt to get his hands from behind his knees to his behind his back, I placed my hands on his right wrist and attempted to move his hands behind his back. While attempting to move his hands I saw that the suspect was incredibly strong and that manually placing his hands behind his back would be futile without the subject willingness to comply with officers verbal commands.
As I removed my hands from the suspect's wrist, the suspect grabbed my right wrist and was able to pull me forward which caused me to lose balance and I fell forward to the ground with my waist on top of the suspect's legs.

Sgt. Mars told me to back away from the suspect as he deployed his department issued Taser and verbally ordered the suspect to remove his hands from behind his knees and place them behind his back. Sgt. Mars verbally ordered the suspect to place his hands behind his back several times and each time the suspect refused to comply with Sgt. Mars' orders. Sgt. Mars deployed his Taser. At which time the suspect was again ordered to place his hands behind his back and once more the suspect refused to comply. The suspect again attempted to place his hands in front of his body at which time Sgt. Mars deployed his Department issued Taser while ordering the suspect to place his hands behind his back, however, the suspect again refused. Sgt. Mars once more ordered the suspect

| Reporting Officer | 273 | MARS, NORMAN | Approving Officer ( I ) |
|---|---|---|---|
| | | | ( Cover Pages Only ) |
| Approving Officer ( II ) | | | Approving Officer ( III ) |
| ( Cover Pages Only ) | | | ( Cover Pages Only ) |

© 1994 - 2013. Information Technologies, Inc. http://www.itiusa.com

# Hazelwood Police Department

415 Elm Grove Ln., Hazelwood, MO 63042

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 07/09/2013 2104 | **DRIVING WHILE INTOXICATED** | 2013-02803 | CBA |

to place his hands behind his back as the suspect rolled to his left which put his back towards this officer and I observed him attempting to place his hands in front of his body. Based on my training and experience combined with the suspect strength and physical stature  (6"06 approximately, 200 pounds with a muscular build) I know that if the suspect gets his hands in front of his body, the suspect will escape or continue to fight with officers. I withdrew my Department issued Taser and ordered the suspect to place his hands behind his back and he refused at which time I deployed my Taser. It should be noted that at the end of each Taser deployment, the suspect refused to follow officer's verbal orders and continued attempting to place his hands in front of his body.

Since the suspect continued to Resist Arrest and Failed to comply with verbal orders, Sgt. Mars advised this department's tele-communicators that the suspect was still fighting with officers and we needed additional officers to assist in taking the suspect into custody.

Hazelwood Police Officer Jason Corson, DSN 417 arrived on scene to assist at which time I deployed my Department issued ASP from its holder,  extended it and placed it between the suspects arms and the back of his legs to use the ASP as lever to force the suspect's hands to the lower portion of his back.  PO Corson assisted this officer while Sgt. Mars placed his hands on the back of the suspect's shoulders and pulled him forward in an attempt to straighten the suspect's legs so Po Corson and I could move the suspect's hands behind his back. Sgt. Mars was able to get the suspect on his stomach; however, due to the suspect's incredible strength PO Corson and I were only able to prevent the suspect from getting his hands to the front of his body. I observed Sgt. Mars place his left knee on the suspects back and with his assistance we (Corson, Sgt. Mars and myself) pulled on the ASP and were able to move the suspects hands to the lower portion of his back. The suspect made no further attempts to move his hands and he was rolled to his side. While the suspect was on his side I observed small lacerations to his right eyebrow. Sgt. Mars stated that due to the suspect's strength he may be under the influence of a disassociative anesthetic, possibly PCP.

After the suspect was in custody and compliant with officers verbal orders two Bridgeton Police Officers PO Black, DSN 227 and Johnson DSN 242 arrived on scene to assist and were advised that their assistance was no longer needed

Sgt. Mars notified this department's tele-communicator that the suspect was no longer resisting, was in custody and that Emergency Medical Services and supervisor were needed.

Nothing further.

Respectfully submitted,

| Reporting Officer        273   MARS, NORMAN | Approving Officer ( I ) |
|---|---|
| | ( Cover Pages Only ) |
| Approving Officer ( II ) | Approving Officer ( III ) |
| ( Cover Pages Only ) | ( Cover Pages Only ) |

© 1994 - 2013. Information Technologies, Inc. http://www.itiusa.com

# Hazelwood Police Department

415 Elm Grove Ln., Hazelwood, MO 63042

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 07/09/2013 2104 | **DRIVING WHILE INTOXICATED** | 2013-02803 | CBA |

PO Kenner, DSN 407

---

**Supplemental Report**

| Supp. No. | Date / Time | ID | Officer Name | | Secondary ID / Officer Name |
|---|---|---|---|---|---|
| 0002 | 7/10/2013 6:58 PM | 407 | KENNER, DANIAL | 407 | KENNER, DANIAL |

ADDITIONAL INFORMATION

Sir,

In direct reference to Hazelwood pOlice report 2013-2803, this officer wishes to add the following information.

On 07-10-2013 at approximately 1850 hours I was contacted by Hazelwood Police Criminal Investigator Dave Roth, DSN 286 who advised that he had photographed injuries sustained by Sgt. Mars as a result of Johnson assaulting him and resisting arrest on 07-09-2013. The photographs were saved to a Memorex 210 MB CD-R which I seized as evidence and later packaged, marked and placed in evidence.

Nothing further.

Respectfully submitted,
PO Kenner, DSN 407

| Reporting Officer | 273 | MARS, NORMAN | Approving Officer ( I ) |
|---|---|---|---|
| | | | ( Cover Pages Only ) |
| Approving Officer ( II ) | | | Approving Officer ( III ) |
| ( Cover Pages Only ) | | | ( Cover Pages Only ) |

Printed   07/16/2013 1741

© 1994 - 2013. Information Technologies. Inc. http://www.itiusa.com

# Hazelwood Police Department

415 Elm Grove Ln., Hazelwood, MO 63042

## Offense / Incident Report

| Report Date | Type of Incident | | Complaint No. | Case Status |
|---|---|---|---|---|
| 07/09/2013 2104 | **DRIVING WHILE INTOXICATED** | | 2013-02803 | CBA |

**Supplemental Report**

| Supp. No. | Date / Time | ID | Officer Name | Secondary ID / Officer Name |
|---|---|---|---|---|
| 0003 | 7/10/2013 7:53 PM | 234 | **BRADY, MICHAEL** | |

ADDITIONAL INFORMATION

Sir: with regards to the original report I, Lt. Michael  Brady DSN 234 wish to add the following:

   On 07/09/2013, between 2200 and 2300 hours, I recieved a phone call from a female subject who identified herself as Latasha Johnson. Ms. Johnson was inquiring about how to get her vehicle from the tow lot. I asked Ms. Johnson if she was related to the subject that had been arrested for this offense and she replied "i'm his wife". I asked Ms. Johnson if she knew if her husband was on any drugs and she replied "yes". I asked if she knew what type of drug that he may have taken and she stated "PCP". I asked if she knew the last time her husband had taken PCP and she stated last week. I also asked her if she had seen her husband today and she stated "No, he was coming to get me. It's our 14th anniversry".

I advised her that her husband was at DePaul hospital being treated and she could get her vehiicle from Bob Bolin's towing.

I then informed Sgt. Mars of my finding at which time he telephoned DePaul hospital ICU unit and spoke with a nurse who identified herself as Nicky and advised her of our finding.

It should be noted that the phone number on the caller ID from which the person who identified herself as Latasha Johnson was (314) 757-4471.

Nothing Further at this time

Lt Mike Brady DSN 234

| Reporting Officer | 273 | **MARS, NORMAN** | Approving Officer ( I ) |
|---|---|---|---|
| | | | ( Cover Pages Only ) |
| Approving Officer ( II ) | | | Approving Officer ( III ) |
| ( Cover Pages Only ) | | | ( Cover Pages Only ) |

Printed   07/16/2013 1741

© 1994 - 2013. Information Technologies, Inc. http://www.itiusa.com

# Hazelwood Police Department

415 Elm Grove Ln., Hazelwood, MO 63042

## Offense / Incident Report

| Report Date | Type of Incident | | | Complaint No. | Case Status |
|---|---|---|---|---|---|
| **07/09/2013 2104** | **DRIVING WHILE INTOXICATED** | | | **2013-02803** | **CBA** |

**Supplemental Report**

| Supp. No. | Date / Time | ID | Officer Name | Secondary ID / Officer Name | |
|---|---|---|---|---|---|
| 0004 | 7/11/2013 1:24 PM | 430 | PETTY, JAMES | 430 | PETTY, JAMES |

ADDITIONAL INFORMATION

In reference to the above report that being a Driving While Intoxicated,  I would like to add the following information:

On 07-10-2013 at approximately 1230hours, I responded to #5 Industrial Lane Florissant, M. (Bolin's Services) to photograph Antonio Johnson's vehicle.  Upon arrival I photographed the GMC Yukon using the Department's Nikon DX Digital Camera.  The photos were later saved to a Memorex CD-R which was packaged as evidence and placed in the evidence locker.

Anything further will be submitted in supplemental form.

Respectfully Submitted,

Detective Petty, #430

| Reporting Officer | 273 | MARS, NORMAN | Approving Officer ( I ) |
|---|---|---|---|
| | | | ( Cover Pages Only ) |
| Approving Officer ( II ) | | | Approving Officer ( III ) |
| ( Cover Pages Only ) | | | ( Cover Pages Only ) |

Printed   07/16/2013 1741

© 1994 - 2013. Information Technologies, Inc. http://www.itiusa.com

# Hazelwood Police Department

415 Elm Grove Ln., Hazelwood, MO 63042

## Offense / Incident Report

| Report Date | Type of Incident | | | Complaint No. | Case Status |
|---|---|---|---|---|---|
| 07/09/2013 2104 | DRIVING WHILE INTOXICATED | | | 2013-02803 | CBA |

**Supplemental Report**

| Supp. No. | Date / Time | ID | Officer Name | Secondary ID / Officer Name | |
|---|---|---|---|---|---|
| 0005 | 7/11/2013 2:45 PM | 398 | GILBERT, BRENDAN | 398 | GILBERT, BRENDAN |

WITNESS INTERVIEW

Sir,

In reference to the above described report I, Det Gilbert, would like to add the following information.

On 07/10/2013 I responded to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in attempted to contact a witness, Mark Wilson.

On arrival I contacted Mark Wilson at his front door who invited me inside his residence. I advised Wilson why I was there asked him if he could tell me again what happened.

Wilson related he was traveling north on Charbonier when he came to the four stop sign at Riverwood Estates. Wilson observed a gray GMC suv stopped directly across from him in the wrong lane. Wilson related once he realized the GMC was in the wrong lane he just stopped and watch him. The GMC then started to pull away and got back into his lane. He was driving very slow. Wilson thought the subject may have been drunk so he turned around and followed the vehicle. Wilson also called the police to report the incident. Wilson continued to follow the vehicle all the way to I-370. Wilson related the vehicle was swerving and only driving about 15 mph. Once they got the the 370 exchange the gray suv turned around again almost striking the median. The vehicle continued north swerving several times into on coming traffic, drove erratically, speeding up and slowing down. At one point the vehicle almost struck a white vehicle head on in the other lane. The gray suv stopped at a farmhouse just before the creek. The driver then exited his vehicle. He observed another subject pull up and get out of their vehicle. The officer then arrived on the scene and began asking the subject questions. The driver indicated he was intoxicated. Wilson related he had exited his vehicle and walked towards the suv prior to the officer talking to the driver. Wilson related the officer asked the driver several times where he was going and where he was coming from. Once the officer realized the subject could not have a conversation the officer advised him he was under arrest. The officer placed a handcuff on one arm. The subject resisted and did not comply to the demands of the officer. The officer then forced the subject to the ground and got both arms cuffed and the subject was lying on the ground. Wilson related the officer contacted him for a statement and he left the scene.

I asked Wilson if he would be willing to make written statement based on what he told me and he related he would. The written statement was then seized and placed in evidence.

| Reporting Officer | 273 | MARS, NORMAN | Approving Officer ( I ) |
|---|---|---|---|
| | | | ( Cover Pages Only ) |
| Approving Officer ( II ) | | | Approving Officer ( III ) |
| ( Cover Pages Only ) | | | ( Cover Pages Only ) |

Printed  07/16/2013 1741

© 1994 - 2013. Information Technologies. Inc. http://www.itiusa.com

# Hazelwood Police Department

415 Elm Grove Ln., Hazelwood, MO 63042

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 07/09/2013 2104 | DRIVING WHILE INTOXICATED | 2013-02803 | CBA |

On 07/11/2013 I responded to         in attempt to contact a witness, Eric Rapa.

On arrival I contacted Eric Rapa at his front door who invited me inside his residence. I advised Rapa why I was there asked him if he could tell me again what happened.

Rapa related he was traveling north on Aubuchon when he came up on several cars pulled over on the side of the road. Rapa related he got out of the vehicle and contacted the people that were in the car ahead of him. Rapa related he was told that the subject driving the Gray suv was swerving and driving erratically. About that time the driver of the gray suv got out of the vehicle and began stumbling toward him. Rapa related he thought the subject may have been hurt so he approached him to see if he was okay. Rapa asked him if he was okay and the subject told him he was just seeing what was going on. The subject did not appear to know where he was. Rapa related the subject was stumbling around in the street with his arms up in the arm. Rapa asked the subject if anyone else was in the vehicle. The subject told him no. He asked the subject if he could move the car off the roadway and into a near by driveway. The subject told him yes. Rapa had to tell the subject to move off the road because he was standing right behind the vehicle and in the way. As he parked the vehicle an officer pulled up behind him. Rapa exited the vehicle and told the officer he was not the one driving the vehicle and pointed the subject who was standing on the side of the road. As he was walking away from the vehicle he heard the officer asking questions about the subject being intoxicated, to which he admitted he was. The officer told the subject he was under arrest and attempted to handcuff him. The officer got one arm handcuffed and the driver would not give him the other arm. Rapa related the officer asked for the subjects arm five times before finally having to wrestle the subject to the ground and was able to handcuff him. Rapa related he noticed the driver had hit his head on the rock driveway when he fell to the ground because he was bleeding from the head. Rapa related after he gave the officer his statement and information, the officer attempted to get the driver to sit up or roll over. Rapa asked the officer if he needed any help and the officer told him no and that back up was on the way. Rapa related when he left the scene the subject was still lying on his stomach next to the officers vehicle where the incident occurred.

I asked Rapa if he would be willing to make written statement based on what he told me and he related he would. The written statement was then seized and placed in evidence.

Nothing further.

Respectfully submitted,

| Reporting Officer    273   MARS, NORMAN | Approving Officer ( I ) |
| | ( Cover Pages Only ) |
| Approving Officer ( II ) | Approving Officer ( III ) |
| ( Cover Pages Only ) | ( Cover Pages Only ) |

© 1994 - 2013. Information Technologies, Inc. http://www.itiusa.com

# Hazelwood Police Department

415 Elm Grove Ln., Hazelwood, MO 63042

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 07/09/2013 2104 | **DRIVING WHILE INTOXICATED** | 2013-02803 | CBA |

Det Gilbert

| Reporting Officer | 273 | MARS, NORMAN | Approving Officer ( I ) |
|---|---|---|---|
| | | | ( Cover Pages Only ) |

| Approving Officer ( II ) | Approving Officer ( III ) |
|---|---|
| ( Cover Pages Only ) | ( Cover Pages Only ) |

© 1994 - 2013. Information Technologies. Inc. http://www.itiusa.com

# Hazelwood Police Department

415 Elm Grove Ln., Hazelwood, MO 63042

## Offense / Incident Report

| Report Date | Type of Incident | | Complaint No. | Case Status |
|---|---|---|---|---|
| 07/09/2013 2104 | DRIVING WHILE INTOXICATED | | 2013-02803 | CBA |

**Supplemental Report**

| Supp. No. | Date / Time | ID | Officer Name | Secondary ID / Officer Name | |
|---|---|---|---|---|---|
| 0006 | 7/11/2013 3:34 PM | 424 | WILCOX, BRIAN | 424 | WILCOX, BRIAN |

ADDITIONAL INFORMATION

Sir,

On 07-10-2013 I responded to Depaul Hospital.  I was advised that Antonio Johnson was in intensive care in room 329.  I made contact with the intensive care nursing staff, in attempt to get an update on his status and take photographs of his injuries.  While speaking with the nursing staff I made contact with Latasha Johnson the wife of Antonio Johnson.  I asked Ms. Johnson if I could ask her a few personal questions to which she agreed.  Be advised myself Det. Petty dsn 430 and Ms. Johnson were standing outside of room 329 by the charge nurse's desk.  I asked Ms. Johnson if she would tell me what she knew happened up to Antonio being admitted in the hospital.  Ms. Johnson stated she went to work and left her truck with Antonio.  Ms. Johnson stated she worked at Sams Club at W. Florissant and got off work at 1900 hours.  Ms. Johnson advised that Antonio was supposed to pick her up from work.  Ms. Johnson advised that Antonio was not there to pick her up at 1900 hours nor did he answer his cellular phone.  Ms. Johnson stated she contacted her brother in-law (Antonio's brother) who came and picked her up from work.  At approximately 1845 hours she finally got a hold of Antonio who stated he was lost and was at Shackleford and Mullanphy.  Ms. Johnson stated she told Antonio to pull over and wait for them to arrive to get him.

Ms. Johnson stated she recontacted Antonio, it was unclear on when she contacted him but she stated that she could hear someone in the background commanding Antonio to get on the ground.  Ms. Johnson stated that Antonio kept repeating that "she's on the phone, she's on the phone."  Ms. Johnson said she heard some scuffling then the phone went dead.

I asked Ms. Johnson if Antonio used drugs or alcohol on a regular basis.  I asked Ms. Johnson what kind of drugs if any did Antonio use.  Ms. Johnson stated that Antonio would use P.C.P.  I asked Ms. Johnson how frequently would Antonio use P.C.P.  Ms. Johnson said that she couldn't tell me, because Antonio would not use P.C.P. around her.  I asked Ms. Johnson why Antonio wouldn't use P.C.P. around her, to which she replied that he knew she did not approve of him doing drugs.

I contacted the charge nurse Hilary, who I asked if I could take photographs of the victims injuries for the investigation.  Hilary advised that I could not take photographs due to H.I.P.P.A. nor would she be able to tell me any of Antonio's injuries.  Ms. Johnson advised the only thing she could tell me was that Antonio's status was critical.

| Reporting Officer | 273 | MARS, NORMAN | Approving Officer ( I ) |
|---|---|---|---|
| | | | ( Cover Pages Only ) |
| Approving Officer ( II ) | | | Approving Officer ( III ) |
| ( Cover Pages Only ) | | | ( Cover Pages Only ) |

© 1994 - 2013. Information Technologies, Inc. http://www.itiusa.com

# Hazelwood Police Department

415 Elm Grove Ln., Hazelwood, MO 63042

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 07/09/2013 2104 | **DRIVING WHILE INTOXICATED** | 2013-02803 | CBA |

I returned to the Hazelwood Police Deparmtent where I made contact with Lori Routh (dispatch supervisor) in regards to the 911 phone calls and the radio traffic.  Lori Routh advised she would make a cassette tape with the 911 calls and the radio traffic as soon as possible.

I contacted the Robertson Fire district medical officer Darnell Wade.  I requested a copy of the run report from the call at 4600 Aubuchon rd on 07-09-2013.  Mr. Wade advised he did not have the run report uploaded into the system; but as soon as it was uploaded he would send me a copy.

Any further information will be submitted in supplemental form.

Respectfully Submitted,

Det. Wilcox 424

### Supplemental Report

| Supp. No. | Date / Time | ID | Officer Name | Secondary ID / Officer Name |
|---|---|---|---|---|
| 0007 | 7/11/2013 4:08 PM | 273 | **MARS, NORMAN** | |

ADDITIONAL INFORMATION

Sir:

With direct reference to Hazelwood Police Department investigative report 2013-2803, I wish to submit the following information.

On 07-11-2013 at about 1549 hours, I downloaded the audio recording of the incident reflected in the original narrative to a
Memorex Pocket CD-R computer disc.  The computer disc was marked, packaged and placed into evidence.

Nothing futher.

Respectfully submitted,

Sgt. Norman Mars, DSN 273

| Reporting Officer | 273 | **MARS, NORMAN** | Approving Officer ( I ) |
|---|---|---|---|
| | | | ( Cover Pages Only ) |
| Approving Officer ( II ) | | | Approving Officer ( III ) |
| ( Cover Pages Only ) | | | ( Cover Pages Only ) |

© 1994 - 2013. Information Technologies, Inc. http://www.itiusa.com

# Hazelwood Police Department

415 Elm Grove Ln., Hazelwood, MO 63042

## Offense / Incident Report

| Report Date | Type of Incident | | Complaint No. | Case Status |
|---|---|---|---|---|
| 07/09/2013 2104 | **DRIVING WHILE INTOXICATED** | | 2013-02803 | CBA |

**Supplemental Report**

| Supp. No. | Date / Time | ID | Officer Name | Secondary ID / Officer Name | |
|---|---|---|---|---|---|
| 0008 | 7/11/2013 4:30 PM | 417 | CORSON, JASON | 417 | CORSON, JASON |

ADDITIONAL INFORMATION

Sir:

On 7/9/13 at approximately 2111 hours, I was dispatched to the 4600 block of Aubuchon Rd to assist Sgt. Norm Mars DSN 273 and PO Danial Kenner DSN 407 where a subject was resisting arrest.

Upon arrival, I observed a black male subject on the ground kicking in the air while Sgt. Mars and PO Kenner had already deployed their department issued Tasers. Both Sgt. Mars and PO Kenner kept giving the subject verbal commands to stop resisting and to replace his hand back behind his back. I then observed that the subject was attempting to move his hands from behind his back and into the front of his body.

It should be noted that the subject was slurring his speech and breathing when I arrived on scene.

I attempted to push the subject's hands back into the small of his back; however, I could tell that the subject was extremely stronger than the normal average person. PO Kenner then opened his department issued collapsible baton (ASP) and placed it in between his arms and his legs. Both PO Kenner and I used the baton in attempts to force his hands to the small of his back; however, it met with negative results. Then Sgt. Mars, PO Kenner, and I were successfully able to use the baton in order to move the subject's hands back behind his back.

After the subject's hands were properly placed behind his back two Bridgeton Officer's arrived on scene (PO Black DSN 227 and PO Johnson DSN 242) and they were advised they were no longer needed.

Sgt. Mars then advised dispatch to contact an ambulance due to the fact the subject had a small laceration to his right eyebrow. Robertson Fire District responded and transported the subject to DePaul Hospital for further evaluation and for a fit of confinement. The subject was on a backboard with his hands handcuffed behind his back while he was on top of the stretcher.

It should be noted that Sgt. Mars was sweating profusely, and out of breath due to fighting with the subject prior to my arrival.

| Reporting Officer        273   MARS, NORMAN | Approving Officer ( I ) |
|---|---|
| | ( Cover Pages Only ) |
| Approving Officer ( II ) | Approving Officer ( III ) |
| ( Cover Pages Only ) | ( Cover Pages Only ) |

Printed   07/16/2013 1741

© 1994 - 2013. Information Technologies, Inc. http://www.itiusa.com

# Hazelwood Police Department

415 Elm Grove Ln., Hazelwood, MO 63042

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| **07/09/2013 2104** | **DRIVING WHILE INTOXICATED** | **2013-02803** | **CBA** |

I then accompanied the paramedics in the ambulance for their safety due to the fact the subject was combative with Sgt. Mars and PO Kenner. While in the ambulance Paramedic Cary Palermo P13465 was asking the subject questions. The subject was responding by slurring his speech and grunting. Palermo then began rendering aid to the subject by checking his heart rate, blood pressure, and blood oxygen levels.

It should be noted that the subject was breathing while in the ambulance.

When we arrived at the hospital the subject was taken off of the stretcher, still on the backboard, and placed onto a hospital bed; however, the hospital pushed him to the side and waited for approximately 3-5 minutes until they found him a room. Once in the trauma room I was instructed by a nurse if I could release the subject from his restraints to which I complied. I removed the handcuffs and noticed the subject was not putting up a fight. I then moved the side as the hospital staff was working on the subject. I then later left the room.

The subject was later admitted to the hospital.

There is nothing further to report at this time.

| Reporting Officer | 273 | MARS, NORMAN | Approving Officer ( I ) |
|---|---|---|---|
| | | | ( Cover Pages Only ) |
| Approving Officer ( II ) | | | Approving Officer ( III ) |
| ( Cover Pages Only ) | | | ( Cover Pages Only ) |

© 1994 - 2013. Information Technologies, Inc. http://www.itiusa.com

# Hazelwood Police Department

415 Elm Grove Ln., Hazelwood, MO 63042

## Offense / Incident Report

| Report Date 07/09/2013 2104 | Type of Incident DRIVING WHILE INTOXICATED | | | Complaint No. 2013-02803 | Case Status CBA |
|---|---|---|---|---|---|

| **Supplemental Report** | | | | | |
|---|---|---|---|---|---|
| Supp. No. 0009 | Date / Time 7/11/2013 8:35 PM | ID 424 | Officer Name WILCOX, BRIAN | Secondary ID / Officer Name 424    WILCOX, BRIAN | |

ADDITIONAL INFORMATION

Sir,

On 07-11-2013 I was provided a copy of the Robertson Fire Protection District run report from Det. Petty, who received the report through his departmental email. The report showed that Paramedic Palermo p-13465 and Paramedic Cantrell p-16660 received the call at approximately 2119 hours sending them to 4600 Aubuchon Rd Hazelwood Mo 63042. Cantrell and Palermo were in ambulance 5013. The type of run showed Emergency with lights and siren to the scene, and urgent transport from the scene. The report showed that the patient was an Antonio Johnson male     1973 -5593. The report stated the observed condition was semi-conscious and they observed a small laceration to the patients right eye. The repoort showed several items of medical assements, see attached run report. The run report narrative stated:

40 y/o male was reportedly pulled over by Hazelwood Police and Pt resisted arrest and fought 2 police officers. Pt suspected by pt to be under the influence of drugs or alcohol. Pt did hit his head w/o report of loss of cons. pt supine on the shoulder of roadway covered with dirt and dust. Pt conscious but only answers some questions. cap refill greater 2 sec. Radial pulse present. Pt answered yes when asked if he hit his head. Pt able to follow commands when asked moved all extremities. Pt handcuffed behind back. I requested Hazelwood Pd to move the handcuffs to the front so pt can be assessed and for c spine precautions. The Hazelwood Lt in charge refused and stated that the pt was to aggressive. Pt apears calm at this time. C-Collar applied and pt log rolled onto a backboard and straps secured and head secured with head immobilizer. No injuries noted to back. Pt moved to lsv. Clothing cut off. No obvious injuries to chest, abd, or extremities. Pt has approx 4 cm laceration above r eye. 2nd request made to Hazelwood pd LT to move the handcuffsto the front so that v/s can be taken and ivstarted. Lt again refused to move the handcuffs. Lungs-clear=, perl. ekg-sinus tach @156. Pt refusing to answerquestions about hx, meds, or events leading to emergency. Pt a&ox1. Pt follows commands. Skin-cool/dry. Color-normal. Resp-non labored. Unable to obtain blood pressure or pulse oximetry due to position of pt arms. Unable to initiate iv due to position of arms. Pt transported to Depaul and care to ed staff. Pt loc appears to be decreating. Pt has to be shaken to get response pt no longer follow commands. Dr notified and Pt taken to trauma room.

I siezed the report as evidence.

| Reporting Officer        273    MARS, NORMAN | Approving Officer ( I ) |
|---|---|
| | ( Cover Pages Only ) |
| Approving Officer ( II ) | Approving Officer ( III ) |
| ( Cover Pages Only ) | ( Cover Pages Only ) |

Printed  07/16/2013 1741

© 1994 - 2013. Information Technologies. Inc. htte://www.itiusa.com

# Hazelwood Police Department

415 Elm Grove Ln., Hazelwood, MO 63042

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 07/09/2013 2104 | **DRIVING WHILE INTOXICATED** | 2013-02803 | CBA |

Myself and Det. Petty dsn 430 responded to Depaul hospital.where I again attempted to take evidentary photographs of Antonio's injuries and get a status update on Antonio's injuries and current health.  We were contacted by Ruth Petrov the team leader of risk managment who told me that due to H.I.P.P.A regulations that I was unable to photograph any injuries and would not be told what the injuries were that Antonio sustained, without a court order.  I was however advised that Antonio's health was in grave danger and there was a chance of him passing very shortly.  Upon hearing this myself and Det. Petty left the hospital.

I returned to Hazelwood Police Department where I made contact with Lori Routh (dispatch supervisor) who provided me a cassette tape of the 911 calls and the radio transmissions from that incident.  I took the casette tape and recorded the audio from that tape onto a digital recorder in attempt to make copies onto compact disks.

I seized the casette tape as evidence.  I made copies of the digital recording onto a compact disk, which I siezed as evidence.

I contacted Paramedic Dan Cantrell and Kary Palermo and requested interviews with each.  I set up both with interviews later in the day.

I marked, packaged, and placed the compact disk of the 911 calls and radio transmission, and the run report into evidence.

Any further information will be submitted in supplemental form.

Respectfully Submitted,

Det. Wilcox 424

| Reporting Officer | 273 | **MARS, NORMAN** | Approving Officer ( I ) |
|---|---|---|---|
| | | | ( Cover Pages Only ) |
| Approving Officer ( II ) | | | Approving Officer ( III ) |
| ( Cover Pages Only ) | | | ( Cover Pages Only ) |

© 1994 - 2013. Information Technologies, Inc. http://www.itiusa.com

# Hazelwood Police Department

415 Elm Grove Ln., Hazelwood, MO 63042

## Offense / Incident Report

| Report Date | Type of Incident | | Complaint No. | Case Status |
|---|---|---|---|---|
| **07/09/2013 2104** | **DRIVING WHILE INTOXICATED** | | **2013-02803** | **CBA** |

**Supplemental Report**

| Supp. No. | Date / Time | ID | Officer Name | Secondary ID / Officer Name |
|---|---|---|---|---|
| 0010 | 7/11/2013 9:53 PM | 424 | WILCOX, BRIAN | 424    WILCOX, BRIAN |

PARAMEDICS INTERVIEWS

Sir,

On 07-11-2013 at approximately 1600 hours Dan Cantrell responded to the Hazelwood Police Department to make a statement and answer questions in regards to an ambulance run that occurred on 07-09-2013 at 2104 hours. I escorted Mr. Cantrell to the noncustodial interview room. I asked Mr. Cantrell to tell me what happened on the call to 4600 Aubuchon on the night of 07-09-2013. Mr. Cantrell advised that they (he and Paramedic Palermo) recieved a call for a use of force call, which he had never seen and thought that was different. Mr. Cantrell stated that he drove the ambulance, and prior to arrival requested if the scene was secure due to the nature of the call. Mr. Cantrell stated upon his arrival there were "a ton of cops on scene" I asked Mr. Cantrell if he could narrow that down, and he stated maybe 6 police vehicles. Mr. Cantrell stated that he observed suspect (later identified as Antonio Johnson) laying on his back in a gravel driveway.

Mr. Cantrell advised he observed a facial abrasion to Mr. Johnson. Mr. Cantrell stated that paramedic Palermo went to talk with the supervisor on-scene to see what happened. Mr. Cantrell responded to the ambulance and retrieved a c-collar and backboard. Mr. Cantrell said it took a couple of cops to roll him over onto the backboard. Mr. Cantrell asked the police officers if they would remove the subjects handcuffs, to make it easier to administer first aid. Mr. Cantrell said the officers told him no.

Mr. Cantrell advised they placed Mr. Johnson in a c-collar and packaged him up, lifted him onto a stretcher and transfered him to the ambulance. Mr. Cantrell said that was when Mr. Palermo began his assement of Mr. Johnson. Mr. Cantrell advised that he responded to attend to Sgt. Mars injuries to his arm. Mr. Cantrell stated Sgt. Mars had a superficial abrasion on his arm, which he washed off and bandaged up. Mr. Cantrell advised he returned to the ambulance and did a second check of Mr. Johnson. Mr. Cantrell advised he observed Mr. Johnson's chest area and observed no injuries or marks. Mr. Cantrell advised he drove the ambulance to the hospital. Upon the arrival at the hospital he opened the back and observed Mr. Johnson to have an oxygen mask on indicating that his health had decreased from when they left the scene.

Mr. Cantrell advsied once inside the hospital the staff requested he be left in the hallway awaiting a room, due to them being full. Mr. Cantrell and Mr. Palermo advised that this subject needed a room immediately due to his declining health. Both paramedics left and found a doctor to check Mr.

| Reporting Officer | 273 MARS, NORMAN | Approving Officer ( I ) |
|---|---|---|
| | | ( Cover Pages Only ) |
| Approving Officer ( II ) | | Approving Officer ( III ) |
| ( Cover Pages Only ) | | ( Cover Pages Only ) |

Printed   07/16/2013 1741

© 1994 - 2013. Information Technologies, Inc. http://www.itiusa.com

# Hazelwood Police Department

415 Elm Grove Ln., Hazelwood, MO 63042

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 07/09/2013 2104 | **DRIVING WHILE INTOXICATED** | 2013-02803 | CBA |

Cantrell, when they returned moments later a nurse was intibating the subject, which he was transferred to the trauma room.

I asked Mr. Cantrell if he would write a written statement.  Mr. Cantrell advised that he sent his Medical Officer (Wade) a written statement earlier in the day, and asked if he could email me that in lieu of writing another.  I advised that was fine.  Mr. Cantrell got out his phone and forwarded a copy of the email to my departmental email.  I printed out the email and had him sign the email.  I siezed the email as evidence.

Be advised the interview was recorded by audio/visual.  I made a copy of the interview onto a compact disk which was marked, packaged and placed into evidence.

At the end of that interview I received a phone call from Ruby Petrov who advised at 1606 hours on 07-11-2013 Mr. Johnson expired, and his body was turned over to the St. Louis County Medical Examiner's office for an autopsy that would be conducted on 07-12-2013.

I responded to Depaul hospital where I made contact with paramedic Palermo (works at Depaul part time)  Mr. Palermo advised he would give a statement to me.  I asked Mr. Palermo to advised what happened on the call to 4600 Aubuchon where they picked up patient Antonio Johnson.  Mr. Palermo advised that he and Dan Cantrell responded to 4600 Aubuchon for a use of force call.  Mr. Palermo advised upon arrival that there were 3-5 police cars on-scene some from Hazelwood and some from Bridgeton police department.  Mr. Palermo stated the patient was lying on the shoulder of the road on his back with his hands behind his back.  I asked Mr. Palermo what was the type of ground that Mr. Johnson was lying on to which he replied it was asphalt, but he was near a gravel driveway, because he remembered the patient was covered in dust from the parking lot.  Mr. Palermo advised he made contact with Sgt. Mars in regards to the incident that took place.  Sgt. Mars advised that the subject was suspect of DWI and he and several officders were involved in a scoffle to restrain Mr. Johnson.  Mr. Palermo advised he began an assement of Mr. Johnson who was concious and moving, who had a laceration above his right eye.  Mr. Palermo stated that Mr. Johnson was moaning a lot but was able to answer yes or no questions.  Mr. Palermo stated that Mr. Johnson would open his eyes when questioned or touched.

Mr. Palermo stated they got Antonio onto a backboard and c-collar, but was still handcuffed behind his back, which made doing his job difficult.  Mr. Palermo cut off Antonio's clothes.  I asked Mr. Palermo if there was any type of marks or bruising on his chest or area's that he could see of Mr. Johnson's body.  Mr. Palermo advsied he did not see any indication of bruises or marks.  Mr. Palermo continued his assement by checking Mr. Johnson's lungs and tried to get his blood pressure.  Mr. Palermo

| Reporting Officer | 273 | MARS, NORMAN | Approving Officer ( I ) |
|---|---|---|---|
| | | | ( Cover Pages Only ) |

| Approving Officer ( II ) | Approving Officer ( III ) |
|---|---|
| ( Cover Pages Only ) | ( Cover Pages Only ) |

© 1994 - 2013. Information Technologies, Inc. http://www.itiusa.com

# Hazelwood Police Department

415 Elm Grove Ln., Hazelwood, MO 63042

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 07/09/2013 2104 | **DRIVING WHILE INTOXICATED** | 2013-02803 | CBA |

again asked the officers if they could move the patients handcuffs to the front or attach them to the handrails to allow him access to his arms.  Mr. Palermo advised the officer that was in plain clothes advised him no.  Mr. Palermo asked that officer if he was willing to take responsibility for the care of the patient to which that officer said yes, and commanded Officer Corson to ride in the ambulance with the paramedics.

Mr. Palermo advised that Mr. Johnson's heart rate was approximately 150 beats per minute, and he got that reading right as they left to go to the hospital.  Mr. Palermo stated that Mr. Johnson was still moaning and answering yes or no questions.  Mr. Palermo asked Mr. Johnson if he could move his legs to which Mr. Johnson moved his legs.  Mr. Palermo asked Mr. Johnson if he got knocked out, to which Mr. Johnson advsied he did.

Mr. Palermo advised me that was when he contacted Depaul hospital to give them a status of what the patient was showing so they would have an indication of what to expect upon their arrival.  Mr. Palermo stated after he hung up the phone he noticed that Mr. Johnson wasn't as alert, but would still move if asked but not as much.  Mr. Palermo advised that Mr. Johnson's status was deterorating.  Upon arrival at the hospital he advised the emergency room staff that Mr. Johnson needed to be looked at now.  Mr. Palermo advised he left to find a doctor to look over Mr. Johnson when he returned they were intubating Mr. Johnson and he was transferred to a Trauma room.  I asked Mr. Palermo if at anytime did he see Mr. Johnson's back for injuries, to which he advised he did not.

I asked Mr. Palermo if he would consent to a written statement, but he was hesitant as he was still on the clock at Depaul hospital, and asked if he could talk to his boss first and would attempt to get us that statement by Monday 07-15-2013.

Be advsied this interview was recorded on a digital recorder.

I returned to the Hazelwood Police Department where I copied the interview from the recorder onto a compact disk.  The compact disk was marked, packaged and placed into evidence.

Any further information will be submitted in supplemental form.

Respectfully Submitted,

Det. Wilcox 424

| Reporting Officer          273   **MARS, NORMAN** | Approving Officer ( I ) |
|---|---|
| | ( Cover Pages Only ) |
| Approving Officer ( II ) | Approving Officer ( III ) |
| ( Cover Pages Only ) | ( Cover Pages Only ) |

© 1994 - 2013. Information Technologies, Inc. http://www.itiusa.com