Date/Time Printed: 01/06/2014 08:38:08                                                                    13-39617
Printed By / Reason: #sangt1 / 3485

**B**

# SAINT LOUIS COUNTY POLICE DEPARTMENT
## INVESTIGATIVE REPORT
### 13 - 39617 - ORIGINAL

| INVESTIGATIVE INFORMATION | | | |
|---|---|---|---|
| **Offense** | ASSAULT ON LAW ENFORCEMENT OFFICER | | |
| **UCR Crime Code** | INVESTIGATION FOR OTHER AGENCY | | |
| **Juris Reporting** | SAINT LOUIS COUNTY | **Call Received** | RADIO |
| **For Jurisdiction** | HAZELWOOD | **Reporting Officer** | 3485 - SANDERS |
| **Case Status** | INACTIVE | **Reporting Dept.** | HOMICIDE/ROB/SEX ASSALT UNIT |

| CAD Details | | | |
|---|---|---|---|
| **Date/Time Received** | 07/11/2013 17:36 THURSDAY | **Nature** | ASSAULT |
| **Date/Time Dispatch** | 07/11/2013 17:36 THURSDAY | **Date/Time Arrival** | 07/11/2013 18:30 THURSDAY |
| **Unit Num.** | 4406 | **COGIS** | 2121 |
| **PCT/Dist** | CENTRAL COUNTY PRECINCT | **Sector** | 3 |

| Respond Location | | |
|---|---|---|
| **Street Address** | 4600 AUBUCHON RD, SAINT LOUIS COUNTY, MISSOURI | |
| **Apt/Suite/Rm #** | | **Location Desc** |

| Caller Information | | |
|---|---|---|
| **Caller Name** | | |
| **Street Address** | | |
| **Apt/Suite/Rm #** | | **Location Desc** |
| **Area Code** | | **Phone #** |

| Occurrence Details | | |
|---|---|---|
| **Date/Time From** | 07/04/2013 21:04 THURSDAY | **Date/Time To** |
| **Premise** | STREET/HIGHWAY/SIDEWALK/ALLEY | |
| **Street Address** | 4600 AUBUCHON RD, SAINT LOUIS COUNTY, MISSOURI | |
| **Apt/Suite/Rm #** | | **Location Desc** |

| Burglary Details | | |
|---|---|---|
| **Entry Point** | | **Exit Point** |
| **Entry Method** | | **Tools Used** |
| ☐ **Visible Point of Entry?** | | |

| **Weapon/Object Used** | |
|---|---|

| Other Agency | |
|---|---|
| **Agency/Personnel** | |

| Management | | | |
|---|---|---|---|
| **Date/Time Entered** | 07/12/2013 02:37 FRIDAY | **Entered By** | ERIC SCOTT |

| Approval Record(s) | | | |
|---|---|---|---|
| **FINAL APPROVAL** | DEBORAH BLANC | DSN 2984 | 09/05/2013 08:15 THURSDAY |
| **SUPERVISOR REVIEW** | CRAIG LONGWORTH | DSN 3211 | 09/03/2013 16:05 TUESDAY |

## VICTIM INFORMATION

| | |
|---|---|
| Victim Role(s) | **REPORTING PARTY, PERSON DISCOVERING, POLICE OFFICER** |

☐ **Medical Assistance**     ☐ **Domestic Abuse**     ☐ **Will Prosecute**

### Person Information

| | | | |
|---|---|---|---|
| Last Name | **MARS** | Middle Name | |
| First Name | **DSN 273** | Suffix Name | |
| SSN | | Ethnicity | |
| License Number | | License State | |
| Race | | Sex | |
| DOB | | Marital Status | |
| Age | | Resident Status | |
| Person Code | **UNKNOWN** | Birth Place | |
| Additional Info | | | |
| Employer | **HAZELWOOD POLICE DEPARTMENT** | Occupation | **POLICE OFFICER** |
| Email Address | | | |

### Physical State/Emotions

| | |
|---|---|
| Physical State | |
| Emotions | |
| Emotions Comments | |

## SUSPECT INFORMATION

| | |
|---|---|
| Role | **SUSPECT** |
| Numeric Identifier(s) | |
| Charge(s) | **RESISTING ARREST, ASSAULT 3RD ON LAW ENFORCEMENT** |
| Caution Code(s) | |

☑ **Medical Assistance**     ☐ **Miranda Given**     ☐ **Released**
☐ **Send A Teletype**     ☐ **Using Computer Equipment**
☐ **Warrant To Be Applied For By Reporting Officer**

### Person Information

| | | | |
|---|---|---|---|
| Last Name | **JOHNSON** | Middle Name | **L.** |
| First Name | **ANTONIO** | Sur Name | |
| Alias | | Ethnicity | **NOT OF HISPANIC ORIGIN** |
| SSN | ▮5593 | ☐ Employed | |
| License Number | **M208256023** | License State | **MISSOURI** |
| Race | **BLACK** | Sex | **MALE** |
| DOB | ▮1973 | Marital Status | **MARRIED** |
| Age | **40** | Resident Status | **NON-RESIDENT** |
| Person Code | **ADULT** | Birth Place | **SAINT LOUIS, MISSOURI** |
| School District | | | |
| Additional Info | | | |

### Personal Descriptors

| | | | |
|---|---|---|---|
| Height | **6 ft 5 in.** | Weight | **220.0 lb.** |
| Eye Color | **BROWN** | Hair Color | **BLACK** |
| How Worn | | | |
| Physical Desc. | | | |
| Clothing Desc. | | | |
| Scars/Marks/Tattoos | | | |

### HOME Address

| | | | |
|---|---|---|---|
| Street Address | ▮▮▮▮▮▮ | | |
| Apt/Suite/Rm # | | Location Desc | |
| Email Address | | | |

### Physical State/Emotions

| | |
|---|---|
| Physical State | |
| Emotions | |
| Emotions Comments | |

### Medical Assistance

| | ☑ Next of Kin Notified | Notified By | HAZELWOOD PD |
| | ☑ Paramedics On Scene | | |
| **Injury Class** | **FATAL** | | |
| **Injury Description** | **TRANSPORTED TO HOSPITAL FOLLOWING ARREST AND PASSED AWAY WHILE ADMITTED** | | |
| **Treatment Disposition** | **CONVEYED TO HOSPITAL** | Conveyed To | **DEPAUL** |
| **Hospital Disposition** | **ADMITTED** | Conveyed By | **ROBERTSON FIRE** |
| **Physicians Name** | | | |
| **Diagnosis** | | | |
| **Released Consent** | | | |
| **Signed** | | | |

| Related Victims | |
| --- | --- |
| 1. | JOHNSON, ANTONIO, L. IS THE STRANGER OF MARS, DSN 273 |

**PROCEDURE INFORMATION**

| ☑ Neighborhood Canvassed | ☐ Send A Teletype | ☑ Was Any Evidence Seized |
| --- | --- | --- |
| **Teletype Message** | | |
| **Teletype/Reference #** | Entered By | |

**NARRATIVE**

On Tuesday, July 9, 2013, at approximately 9:04 PM, suspect Antonio Johnson, DOB: ▮▮▮▮1973, was contacted by officers of the Hazelwood Police Department after he was suspected to be an impaired driver; he was contacted in the area of 4600 Aubuchon Rd in the jurisdiction of the Hazelwood Police Department.

While attempting to affect the arrest of Johnson, he assaulted Hazelwood Police Sergeant Norman Mars, DSN 273 and resisted arrest.

He was eventually taken into custody by Officer Mars, Officer Danial Kenner and Officer Jason Corson and transported to DePaul Hospital for treatment.

On Thursday, July 11, 2013 at approximately 4:06 PM, Johnson was pronounced deceased at DePaul Hospital.

Johnson was later conveyed to the St. Louis County Medical Examiners Office awaiting post mortem examination on Friday, July 12, 2013.

See DCI supplement for further.

## SAINT LOUIS COUNTY POLICE DEPARTMENT
## INVESTIGATIVE REPORT
## 13 - 39617 - SUPPLEMENT #1

### INVESTIGATIVE INFORMATION

| Supplement Information | | | |
|---|---|---|---|
| **Current Case Status** | **INACTIVE** | | |
| **Date/Time Investigation** | **07/11/2013 00:00 THURSDAY** | | |
| **Reclassified Description** | | | |
| Orig. Offense | **ASSAULT ON LAW ENFORCEMENT OFFICER** | | |
| Orig. UCR Code | **INVESTIGATION FOR OTHER AGENCY** | | |
| **Juris Reporting** | **SAINT LOUIS COUNTY** | **Call Received** | **RADIO** |
| **For Jurisdiction** | **HAZELWOOD** | **Reporting Officer** | **2401 - HIRTZ** |
| | | **Reporting Dept.** | **CRIME SCENE** |
| CAD Details | | | |
| **Date/Time Received** | **07/11/2013 17:36 THURSDAY** | **Nature** | **ASSAULT** |
| **Date/Time Dispatch** | | **Date/Time Arrival** | |
| **Unit Num.** | | **COGIS** | **2121** |
| **PCT/Dist** | **CENTRAL COUNTY PRECINCT** | **Sector** | **3** |
| Respond Location | | | |
| **Street Address** | **4600 AUBUCHON RD, SAINT LOUIS COUNTY, MISSOURI** | | |
| **Apt/Suite/Rm #** | | **Location Desc** | |
| Caller Information | | | |
| **Caller Name** | | | |
| **Street Address** | | | |
| **Apt/Suite/Rm #** | | **Location Desc** | |
| **Area Code** | | **Phone #** | |
| Occurrence Details | | | |
| **Date/Time From** | **07/04/2013 21:04 THURSDAY** | **Date/Time To** | |
| **Premise** | **STREET/HIGHWAY/SIDEWALK/ALLEY** | | |
| **Street Address** | **4600 AUBUCHON RD, SAINT LOUIS COUNTY, MISSOURI** | | |
| **Apt/Suite/Rm #** | | **Location Desc** | |
| Burglary Details | | | |
| **Entry Point** | | **Exit Point** | |
| **Entry Method** | | **Tools Used** | |
| ☐ **Visible Point of Entry?** | | | |
| **Weapon/Object Used** | | | |
| Other Agency | | | |
| **Agency/Personnel** | | | |
| Management | | | |
| **Date/Time Entered** | **07/19/2013 07:59 FRIDAY** | **Entered By** | **SHARI MARBURGER** |
| Approval Record(s) | | | |
| **FINAL APPROVAL** | **DEBORAH BLANC** | **DSN 2984** | **09/05/2013 08:15 THURSDAY** |
| **SUPERVISOR REVIEW** | **THOMAS LASATER** | **DSN 1821** | **07/22/2013 20:36 MONDAY** |

Date/Time Printed: 01/06/2014 08:38:08
Printed By / Reason: #sangt1 / 3485

13-39617

**NARRATIVE**

On 7-17-13 at 10:49 am, this detective, DSN 2401, was requested by PO Bozarth, DSN 2618, the St. Louis County Police Department Armorer, to respond to the St. Louis County Police Department Armory for a Photo Assignment reference the Suspicious Death that occurred on 7-11-13. My arrival time was approximately 11:00 am.
Upon arrival, contact was made with PO Bozarth.

The following digital photographs were taken by DSN 2401:

Photo:

1: view of the data board

2-3: overall views of Taser X26 serial X00-147350

4-5: overall/close-up views of the serial number X00-147350

6-10: overall/close-up views of the electrodes on Taser X26 serial number X00-147350 with/without an inch marker in place

11-12: overall views of Taser X26 serial X00-374802

13-14: overall/close-up views of the serial number X00-374802

15-21: overall/close-up views of the electrodes on Taser X26 serial number X00-374802 with/without an inch marker in place

22: view of the data board

Disposition: The digital scan disc was forwarded to the Photo Lab.

Nothing further.

## SAINT LOUIS COUNTY POLICE DEPARTMENT
## INVESTIGATIVE REPORT
### 13 - 39617 - SUPPLEMENT #2
### INVESTIGATIVE INFORMATION

| Supplement Information | | | |
|---|---|---|---|
| **Current Case Status** | **INACTIVE** | | |
| **Date/Time Investigation** | **07/12/2013 00:00 FRIDAY** | | |
| **Reclassified Description** | | | |
| Orig. Offense | **ASSAULT ON LAW ENFORCEMENT OFFICER** | | |
| Orig. UCR Code | **INVESTIGATION FOR OTHER AGENCY** | | |
| **Juris Reporting** | **SAINT LOUIS COUNTY** | **Call Received** | **RADIO** |
| **For Jurisdiction** | **HAZELWOOD** | **Reporting Officer** | **2401 - HIRTZ** |
| | | **Reporting Dept.** | **CRIME SCENE** |
| CAD Details | | | |
| **Date/Time Received** | **07/11/2013 17:36 THURSDAY** | Nature | **ASSAULT** |
| **Date/Time Dispatch** | | Date/Time Arrival | |
| Unit Num. | | COGIS | **2121** |
| **PCT/Dist** | **CENTRAL COUNTY PRECINCT** | Sector | **3** |
| Respond Location | | | |
| Street Address | **4600 AUBUCHON RD, SAINT LOUIS COUNTY, MISSOURI** | | |
| Apt/Suite/Rm # | | **Location Desc** | |
| Caller Information | | | |
| Caller Name | | | |
| Street Address | | | |
| Apt/Suite/Rm # | | **Location Desc** | |
| Area Code | | Phone # | |
| Occurrence Details | | | |
| Date/Time From | **07/04/2013 21:04 THURSDAY** | Date/Time To | |
| Premise | **STREET/HIGHWAY/SIDEWALK/ALLEY** | | |
| Street Address | **4600 AUBUCHON RD, SAINT LOUIS COUNTY, MISSOURI** | | |
| Apt/Suite/Rm # | | **Location Desc** | |
| Burglary Details | | | |
| Entry Point | | **Exit Point** | |
| Entry Method | | **Tools Used** | |
| ☐ Visible Point of Entry? | | | |
| Weapon/Object Used | | | |
| Other Agency | | | |
| Agency/Personnel | | | |
| Management | | | |
| Date/Time Entered | **07/19/2013 08:01 FRIDAY** | Entered By | **SHARI MARBURGER** |
| Approval Record(s) | | | |
| **FINAL APPROVAL** | **DEBORAH BLANC** | **DSN 2984** | **09/05/2013 08:15 THURSDAY** |
| **SUPERVISOR REVIEW** | **THOMAS LASATER** | **DSN 1821** | **07/22/2013 20:38 MONDAY** |

Date/Time Printed: 01/06/2014 08:38:08
Printed By / Reason: #sangt1 / 3485

13-39617

## NARRATIVE

On 7-12-13 at 7:00 am, this detective, DSN 2401, responded to the St. Louis County Morgue for an Autopsy reference an investigation of a Suspicious Death. My arrival time was 7:25 am. It should be noted that Detective Sanders, DSN 3485, with the Bureau of Crimes Against Persons, was the case officer. Further note that Detective Hokamp, DSN 3476, with the Bureau of Crimes Against Persons, was present for the autopsy. Also note that Detective Kaemmerer, DSN 3481, with the Bureau of Criminal Identification, assisted this detective with processing the autopsy. Also note that Dr. Norfleet conducted the autopsy (see M.E. report #13-4672).

The following digital photographs were taken by DSN 2401:

Photo:

1: view of the data board

2-3: overall left/right side views of the victim before medical tubes were removed

4-6: overall front views of the victim before medical tubes were removed

7-8: overall left/right side views of the victim after medical tubes were removed

9-10: overall front views of the victim after medical tubes were removed

11: view of the victim's face for identification purposes

12-15: overall/close-up views of apparent injuries to the victim's chest with/without an inch marker in place

16-18: overall/close-up views of apparent injuries to the victim's left side with/without an inch marker in place (note also apparent post incident defects/apparent skin slippage)

19-23: overall/close-up views of additional apparent post incident defects/apparent skin slippage on the victim's left side

24-25: overall views of the victim's left arm

26-28: close-up views of an apparent injury to the victim's left upper arm with/without an inch marker in place

29-33: close-up views of apparent injuries to the victim's left wrist with/without an inch marker in place

34-35: close-up views of an apparent post incident defect on the victim's left arm done by medical for medical purposes

36-37: close-up views of an apparent injury to the victim's left upper arm with/without an inch marker in place

38: overall view of the victim's left side/abdomen area

39-42: close-up views of an apparent injury to the victim's left side/ abdomen area with/without an inch marker in place (note also apparent post incident defect/apparent skin slippage by the apparent injury)

43-44: overall views of the victim's right arm

45-48: close-up views of apparent injuries to the victim's right wrist with/without an inch marker in place

49-56: overall/close-up views of apparent post incident defects/apparent skin slippage on victim's right arm

57-59: overall views of the victim's head

60-61: close-up views of an apparent injury to the victim's right eye area with/without an inch marker in place

62-64: close-up views of an apparent injury to the victim's left cheek and left eye area with/without an inch marker in place

65-66: close-up views of an apparent injury to the victim's left ear area with/without an inch marker in place

67-68: close-up views of an apparent injury to the victim's forehead with/ without an inch marker in place

69-71: overall/close-up views of an apparent injury to the victim's upper lip with/without an inch marker in place

72-84: overall/close-up views of apparent post incident defects/apparent skin slippage on the victim's right leg with/without an inch marker in place

85-90: overall/close-up views of apparent post incident defects/apparent skin slippage on the victim's left leg with/without an inch marker in place

91-92: overall/close-up views of apparent post incident defects/apparent skin slippage on the victim's penis with/without an inch marker in place

Date/Time Printed: 01/06/2014 08:38:08
Printed By / Reason: #sangt1 / 3485

13-39617

93-95: additional close-up views of apparent post incident defects/
apparent skin slippage on the victim's left leg with/without an inch
marker in place

96-98: overall/close-up views of apparent post incident defects/apparent
skin slippage on the victim's neck area with/without an inch marker in
place

99: overall view of the victim's back side

100-107: overall/close-up views of apparent injuries to the victim's back
with/without an inch marker in place

108-110: overall/close-up views of an apparent post incident defects/
apparent skin slippage on the back of the victim's right leg with/without
an inch marker in place

111-113: overall/close-up views of an apparent post incident defect/
apparent skin slippage on the victim's right upper arm with/without an
inch marker in place

114-124: overall/close-up views of apparent injuries to the victim's
exterior skull with/without an inch marker in place

125: overall view of the victim's brain

126: overall view of the victim's interior skull

127-148: overall/close-up views of internal organs/tissue/body cavity
taken at the
direction of Dr. Norfleet with/without an inch marker in place

149: view of the data board

Disposition: The digital scan disc was forwarded to the Photo Lab

The following physical evidence was seized by DSN 2401:

Item:

A: sample of victim's blood on a blood card

B: sample of victim's pulled head hair

Disposition: Both evidence items were forwarded to the St. Louis County
Police Laboratory.

Date/Time Printed: 01/06/2014 08:38:08
Printed By / Reason: #sangt1 / 3485

13-39617

**Nothing further.**

Date/Time Printed: 01/06/2014 08:38:08
Printed By / Reason: #sangt1 / 3485

13-39617

## SAINT LOUIS COUNTY POLICE DEPARTMENT
## INVESTIGATIVE REPORT
### 13 - 39617 - SUPPLEMENT #3
**INVESTIGATIVE INFORMATION**

| | | | |
|---|---|---|---|
| **Supplement Information** | | | |
| Current Case Status | **INACTIVE** | | |
| Date/Time Investigation | | | |
| Reclassified Description | | | |
| Orig. Offense | **ASSAULT ON LAW ENFORCEMENT OFFICER** | | |
| Orig. UCR Code | **INVESTIGATION FOR OTHER AGENCY** | | |
| Juris Reporting | **SAINT LOUIS COUNTY** | Call Received | **RADIO** |
| For Jurisdiction | **HAZELWOOD** | Reporting Officer | **3485 - SANDERS** |
| | | Reporting Dept. | **HOMICIDE/ROB/SEX ASSALT UNIT** |
| **CAD Details** | | | |
| Date/Time Received | **07/11/2013 17:36 THURSDAY** | Nature | **ASSAULT** |
| Date/Time Dispatch | | Date/Time Arrival | |
| Unit Num. | | COGIS | **2121** |
| PCT/Dist | **CENTRAL COUNTY PRECINCT** | Sector | **3** |
| **Respond Location** | | | |
| Street Address | **4600 AUBUCHON RD, SAINT LOUIS COUNTY, MISSOURI** | | |
| Apt/Suite/Rm # | | Location Desc | |
| **Caller Information** | | | |
| Caller Name | | | |
| Street Address | | | |
| Apt/Suite/Rm # | | Location Desc | |
| Area Code | | Phone # | |
| **Occurrence Details** | | | |
| Date/Time From | **07/04/2013 21:04 THURSDAY** | Date/Time To | |
| Premise | **STREET/HIGHWAY/SIDEWALK/ALLEY** | | |
| Street Address | **4600 AUBUCHON RD, SAINT LOUIS COUNTY, MISSOURI** | | |
| Apt/Suite/Rm # | | Location Desc | |
| **Burglary Details** | | | |
| Entry Point | | Exit Point | |
| Entry Method | | Tools Used | |
| ☐ Visible Point of Entry? | | | |
| **Weapon/Object Used** | | | |
| **Other Agency** | | | |
| Agency/Personnel | | | |
| **Management** | | | |
| Date/Time Entered | **08/15/2013 15:35 THURSDAY** | Entered By | **DEBORAH BLANC** |
| **Approval Record(s)** | | | |
| FINAL APPROVAL | **DEBORAH BLANC** | **DSN 2984** | **09/05/2013 08:15 THURSDAY** |
| SUPERVISOR REVIEW | **CRAIG LONGWORTH** | **DSN 3211** | **09/04/2013 19:15 WEDNESDAY** |

Date/Time Printed: 01/06/2014 08:38:08
Printed By / Reason: #sangt1 / 3485

13-39617

**NARRATIVE**

Reference should be made to original report number 13-39617 as prepared by Detective Greg Sanders, DSN 3485, Division of Criminal Investigation, Bureau of Crimes Against Persons.  The report reflects an Assault on Law Enforcement, involving officers of the Hazelwood, Missouri Police Department; the incident reportedly occurred on Tuesday, July 9, 2013, at approximately 9:04 PM.

The incident occurred in the area of 4600 Aubuchon Road, within the City of Hazelwood, Missouri.  The following is an account of the investigation conducted by Detective Sanders.

Reference should also be made to original report number 13-2803, of the Hazelwood Police Department, as prepared by Sergeant Norman Mars, DSN 273, assigned to the Division of Patrol, Hazelwood Police Department.  Officers and detectives of the Hazelwood Police Department prepared additional supplemental reports.  This original report reflects the detailed account of the incident and investigation conducted by the officers of the Hazelwood Police Department, until the matter was remanded to the St. Louis County Police Department for further investigation.

On Thursday, August 11, 2013, at approximately 5:36 PM, Sergeant Craig Longworth, DSN 3211, Supervisor, Division of Criminal Investigation, Bureau of Crimes Against Persons, was contacted via telephone by Captain Kenneth Jewson, DSN 206, Hazelwood Police Department.  Captain Jewson provided a brief synopsis of an incident that occurred approximately two days prior on July 9, 2013.

Captain Jewson explained that on that date at approximately 9:04 PM, Sergeant Mars responded to the area of 4600 Aubuchon Road to investigate the report of a suspected intoxicated driver.  Sergeant Mars reportedly made contact with the driver, conducted a roadside investigation into the matter and attempted to affect the arrest of the suspect.  Captain Jewson identified the suspect as follows:

Antonio L. Johnson (hereafter referred to as Antonio)
Black Male
DOB: ████/1973
SSN: ████-5593
Address: ████████████████████
Telephone: unknown

Captain Jewson further explained that Antonio had resisted Sergeant Mars' commands and efforts to take him into custody for the suspicion of driving while intoxicated. After a struggle with the suspect, Sergeant Mars and two additional officers of the Hazelwood Police

Date/Time Printed: 01/06/2014 08:38:08
Printed By / Reason: #sangt1 / 3485

13-39617

Department successfully subdued Antonio and called for emergency medical
service personel.  The call for EMS was reportedly due to the apparent
intoxication and small laceration to the forehead of the suspect,
sustained during his resistance.

Captain Jewson explained that Antonio was conscious and breathing at
the time of EMS transport to DePaul Hospital; however, after being
transported from the scene his condition declined for unknown reasons.
After arriving at DePaul Hospital, Antonio reportedly lost consciousness
and was eventually pronounced deceased on July 11, 2013 at approximately
4:06 PM.

Hazelwood Police Department had conducted an investigation into
the matter, prior to and following Antonio's death.  Captain Jewson
requested that St. Louis County Police also respond to the Hazelwood
Police Department; the request was in an effort to obtain further
information related to the incident and to further conduct an independent
investigation regarding the assault on officers of the Hazelwood Police
Department and the subsequent death of Antonio.

Sergeant Longworth directed Detective Greg Sanders, DSN 3485, Detective
Joe Percich, DSN 3661, Detective Aaron Schafer, DSN 3569 and Detective
John Bradley, DSN 3862 to respond to the Hazelwood Police Department
and initiate an investigation. Also responding to assist was Sergeant
Longworth.  All of the indicated detectives were assigned to the Division
of Criminal Investigation, Bureau of Crimes Against Persons.

At approximately 6:35 PM, the detectives from the Bureau of Crimes
Against Persons arrived at the Hazelwood Police Department located at 415
Elm Grove Lane, to meet with members of Hazelwood Police Department in an
effort to gather facts regarding the incident.

While responding to Hazelwood, Sergeant Longworth also requested
that officers of the Division of Criminal Investigation, Bureau of
Criminal Identification, Crime Scene Unit, respond to assist with the
investigation.

Accordingly, the following personnel from the Crime Scene Unit responded
and arrived shortly after the Crimes Against Persons Detectives:

Sergeant Patrick Costello, DSN 2378
Detective Patrick Nigh, DSN 3482
Detective Matthew Pyatt, DSN 3167

At the time of Detective Sanders' arrival, the following personnel from
the Hazelwood Police Department were present to provide St. Louis County
Detectives with information regarding the incident.

Date/Time Printed: 01/06/2014 08:38:08                                                              13-39617
Printed By / Reason: #sangt1 / 3485

Captain Kenneth Jewson, DSN 206
Sergeant Norman Mars, DSN 273
Detective Michael Golden, DSN 429
Detective Brenden Gilbert, DSN 398
Detective James Petty, DSN 430
Detective Brian Wilcox, DSN 424
Officer Daniel Kenner, DSN 407
Officer Jason Corson, DSN 417

Detective Sanders was presented with the facts and circumstances of the incident.  During this meeting, Detective Sanders was informed of the incident location and the identity of responding officers and paramedics involved in the incident.  A detailed account of the incident was then provided.

Detective Sanders was informed that just prior to the incident, 911 calls were received that directed officers to respond to the area of Aubuchon Road.  Detective Sanders received a copy of the 911 calls for service from Hazelwood Police Department and Bridgeton Police Department, which were later properly packaged and remanded to the St. Louis County Property Control Unit for storage.  For full details of the calls in verbatim, reference should be made to the compact discs, which captured the audio-recorded calls for service.  The 911 calls can be summarized as follows:

Various male and female callers, informed Hazelwood dispatchers of an erratic, possible intoxicated driver, which was first observed in the area of Charbonier and Riverwood Estates Drive.

The vehicle was described as a gray sport utility vehicle bearing Missouri license plate CH9P4H.  The vehicle was later fully identified as follows:

2000 GMC Yukon, Vehicle Identification Number 3GKFK16T7YG109451

Multiple callers reported the driver was operating the vehicle on the wrong side of the road and in an erratic manner, further traveling to the area of Aubuchon Road.

The call was also transferred to Bridgeton Police Department since the driver was operating the vehicle near the venue of both jurisdictions.  Further calls were received stating the driver had stopped his vehicle on Aubuchon Road.

Several witnesses that had called to report the incident, were later contacted by Hazelwood Police Department and further by the St. Louis

Date/Time Printed: 01/06/2014 08:38:08
Printed By / Reason: #sangt1 / 3485

13-39617

County Police Department, to provide witness statements regarding the incident.  A summary of their statements will be described later in this report.

As a result of the 911 calls for service, Detective Sanders determined that Sergeant Norman Mars, had proceeded to the area of 4600 Aubuchon where he contacted the suspect described above as Antonio; the witnesses that had called 911 were also contacted on scene.

Detective Sanders was also informed that Hazelwood Officer Danial Kenner and Officer Jason Corson had assisted Sergeant Mars with the arrest of suspect Antonio.

In order to obtain a clear and concise assessment of the scene, Detective Sanders, additional St. Louis County Detectives and the above Hazelwood Officers responded to 4600 Aubuchon at approximately 8:20 PM.  Detective Sanders obtained a statement from the officers involved, while the described St. Louis County Crime Scene Detectives processed the scene. For details of the investigation conducted by the Crime Scene Detectives, reference should be made to their included supplemental report.

After arriving at the reported scene, Detective Sanders requested that the officers park their cars in close proximity to where they would have parked on the night of the incident. It should be noted that the vehicles operated by the officers on July 11, 2013 were the same vehicles they were operating on the night of the incident on July 9, 2013.  Detective Sanders took note of the general scene description and requested that Detective Schafer document the specifics of the scene.

Detective Bradley was asked to document a detailed summary of the marked patrol cars that had been operated during the night of the incident, which were now parked in a similar location as during the incident.

Detective Sanders observed and Detective Schafer noted the incident occurred in the 4600 block of Aubuchon Road.  Aubuchon Road is a west to east two-lane roadway, ultimately continuing as Missouri Bottom Road to its west and bordered to the east by Teson Road.  The area is primarily rural with acres of farmland and Cowmire Creek.  A residence is present at ▇▇▇ Aubuchon, which is directly beside the gravel roadway where the incident occurred.  The area of this gravel roadway is considered 4600 Aubuchon.

Detective Schafer then specifically directed his attention to this gravel driveway, south of Aubuchon Road.  The driveway leads to the rear of a residence designated as ▇▇▇ Aubuchon Road and if continued southbound, leads to a dead-end lot containing various construction equipment. The driveway was approximately the width of two vehicles.  The driveway

Date/Time Printed: 01/06/2014 08:38:08
Printed By / Reason: #sangt1 / 3485
13-39617

contained varying shapes and sizes of gravel.  To the west and east of the driveway were primarily grassy areas.

Detective Schafer directed his attention to the northern end of the driveway, which bordered Aubuchon Road.  As explained, fully marked Hazelwood Police Department vehicles were positioned by the officers in the approximate location to where they were at the time of the incident. Positioned at the northwest corner of the driveway entrance was Hazelwood Police Department marked vehicle 102, with the front end facing in a southeastern direction.  Positioned near the center of the driveway entrance was Hazelwood Police Department marked vehicle 101, with the front end facing in a southwestern direction.  Positioned at the west end of the driveway, south of Hazelwood Police Department vehicles 101 and 102, was Hazelwood Police Department marked vehicle 136.  This vehicle was facing in a southern direction.  All of the Hazelwood Police Department vehicles were in close proximity to each other.

Detective Schafer noted items of evidentiary value near the center of the driveway entrance and within approximately twelve feet of Aubuchon road.  These items were located atop the gravel rocks and east of the police vehicles.  Detective Schafer observed three taser "blast doors", grey in color, and a cluster of fine wire, believed to be from a taser.  "Blast doors" are components of a taser, which are designed to break off when the cartridge is deployed.

Detective Pyatt seized all items of evidentiary value located at the scene.

This scene investigation was conducted during dusk, close to the actual time of the incident.

As stated, Detective Sanders directed Detective Bradley to fully identify the three Hazelwood Police vehicles involved in the incident.  Detective Bradley noted that all three vehicles were fully marked and equipped with emergency overhead lights.  Detective Bradley also observed all patrol vehicles were equipped with passenger side front windshield mounted cameras, which pointed outward with a view of the front of the patrol vehicle.

Detective Bradley observed all three of these camera systems were stamped with model #MDVR2100-RHD GPV2 and a manufacturer as follows:

Classic Public Safety Solutions
P.O. Box 591
Dundee, FL 33838
Phone: 407-590-3164

Date/Time Printed: 01/06/2014 08:38:08
Printed By / Reason: #sangt1 / 3485
13-39617

Detective Bradley directed his attention to fully marked Hazelwood Police Department patrol vehicle identified as HPD 102, which was operated by Hazelwood Police Officer Jason Corson, on the day of the incident:

2007 White Chevrolet Impala
License plate: HPD 102
VIN: 2G1WS58R179240882
Mileage: 53,701

Detective Bradley observed this patrol vehicle was not equipped with a bar mounted laptop system.  Detective Bradley observed the camera system mounted in this patrol vehicle was stamped with serial #071126001.

Detective Bradley directed his attention to fully marked Hazelwood Police Department patrol vehicle identified as HPD 101, which was operated by Hazelwood Police Officer Danial Kenner, on the day of the incident:

2012 White Chevrolet Impala
License plate: HPD 101
VIN: 2G1WD5E38C1177461
Mileage: 15,132

Detective Bradley observed this patrol vehicle was equipped with a bar mounted laptop system fully identified as follows:

Lenovo Edge ThinkPad
Type: 0319-25U
Serial #LR-7DD9D 11/11
Product ID 031925U

Detective Bradley observed the camera system mounted in this patrol vehicle was stamped with serial #071012038.

Detective Bradley directed his attention to fully marked Hazelwood Police Department patrol vehicle identified as HPD 136, which was operated by Hazelwood Sergeant Norman Mars, on the day of the incident:

2003 Ford Expedition
License plate: HPD 136
VIN: 1FMPU16L43LA88768
Mileage: 78,862

Detective Bradley observed this patrol vehicle was equipped with a bar mounted laptop system fully identified as follows:

ACER Travel Mate 4720
Serial #LXTKJ0Z015811003B22000

Detective Bradley observed the camera system mounted in this patrol
vehicle was stamped with serial #071012037.

Following the scene assessment, Detective Schafer conducted an area
canvass in an effort to contact potential witnesses to the incident.  The
only structure, residential or commercial, in the area of the incident
was ██ Aubuchon Road.

Accordingly, Detective Schafer responded to ██ Aubuchon Road and
contacted Walt Reaster, who identified himself as follows:

Walt Reaster (hereafter referred to as Walt)
White Male
DOB: ██/1990
████████████████████████████████
Cellular Telephone: 937-216-8972

Detective Schafer directed Walt's attention to the evening hours of
Tuesday, July 9, 2013.  Walt advised he was not at home during this time.
 Walt continued that he resides with Daniel Arscott and the property
owner is Tommy Teson.  Walt provided contact information for both Daniel
and Tommy.

Detective Schafer asked Walt if the property contained any video
surveillance cameras.  Walt stated he did not believe there were any
video surveillance cameras, but was not certain.

Walt was unable to provide any further information and the interview was
concluded.

Detective Schafer then directed his attention to Tommy Teson who
responded to the scene upon conclusion of Detective Schafer's interview
of Walt.  Tommy identified himself as follows:

Tommy Teson (hereafter referred to as Tommy)
White Male
DOB: ██/1957
█████████████████████████████
Cellular telephone: 314-393-8948

Tommy advised he is the property owner of approximately five hundred
acres.  This includes the immediate area South of Aubuchon Road
surrounding the residence designated as ██ Aubuchon Road.  Tommy
advised there are no surveillance cameras in the area of ██ Aubuchon
Road.  Tommy stated the farm and construction equipment on his property

is owned by Ted Matulewic, which is part of Tommy's company, 5100 L.L.C. Tommy added he does not reside at ███ Aubuchon Road.

Tommy was unable to provide any further information and the interview was concluded.

Detective Schafer contacted Daniel Arscott at 314-479-3122, who identified himself as follows:

Daniel Arscott (hereafter referred to as Daniel)
White Male
DOB: ████/1987
Cellular telephone: 314-479-3122
████████████████████████████████

Detective Schafer directed Daniel's attention to the evening hours of Tuesday, July 9, 2013.  Daniel advised he was at his residence and upstairs, when he observed emergency lights activated on police vehicles. Daniel responded downstairs but never went outside.  Daniel observed three or four police vehicles and an ambulance.  Detective Schafer asked Daniel if he heard anything.  Daniel stated the only sound he heard was a siren.  Daniel estimated this was between 9:00 PM and 10:00 PM.

Daniel was unable to provide any further information and the interview was concluded.

This concluded the area canvass of the scene.

After walking the scene and obtaining a summary of Detective Schafer and Detective Bradley's scene description and area canvass, Detective Sanders requested that they attempt to contact witnesses that were reportedly present during a portion of the incident on July 9, 2013.

While the detectives departed to conduct these interviews, Detective Sanders remained on scene and first obtained a statement from Sergeant Mars in reference to the incident.

Sergeant Mars began by explaining that on the night of the incident he received a radio call from dispatchers that numerous callers reported a "careless and imprudent driver" in the area of Aubuchon Road.

Due to a high volume of calls for unrelated incidents, an officer could not be dispatched to the area, so Sergeant Mars said he responded to investigate the report.

Sergeant Mars responded to the area of 4600 Aubuchon Road.  As he arrived, Sergeant Mars said he observed a gray sport utility vehicle,

Date/Time Printed: 01/06/2014 08:38:08
Printed By / Reason: #sangt1 / 3485

13-39617

which matched the suspect vehicle description.  This vehicle was parked on Aubuchon facing Sergeant Mars.  The vehicle turned onto a gravel drive and parked.  At the time that the suspect vehicle pulled onto the gravel road, Sergeant Mars said he was facing the car.  The driver was described as a white male.

Sergeant Mars also observed another white male and a black male standing on the gravel drive.  He said the white male that was parking the vehicle exited the SUV, at which time he ordered the male to sit back into the car.  Sergeant Mars explained that he was planning to contact the additional white male and black male as potential witnesses.

The white male driver, later identified as Eric Rapa, explained to Sergeant Mars that the black male (Antonio) that was standing near by, was the actual driver of the vehicle.  Rapa was simply moving the vehicle off the roadway.

Sergeant Mars then directed his attention to Antonio to conduct an investigation. Sergeant Mars described Antonio as very tall and of athletic/muscular build, wearing dark shirt, blue jeans and shoes. Sergeant Mars said he requested Antonio's driver's license, at which time Antonio handed Sergeant Mars a Missouri identification card.  It was later determined that Antonio was driving while revoked and did not have a valid driver's license.

Sergeant Mars began to ask Antonio basic questions such as where he was going and where he was coming from.  Antonio's speech was reportedly slurred and he was difficult to understand.  Antonio then told Sergeant Mars that he was intoxicated.

Sergeant Mars reported that he assessed Antonio's eyes and saw that his pupils were dilated; he further said he observed "resting nystagmus", which he immediately associated with potential mental defect, or drug use.  Sergeant Mars further described that Antonio's muscles seemed rigid and he was sweating.

After asking Antonio if he had been driving the car, Antonio responded that he had.  Sergeant Mars said he informed Antonio that he was under arrest and ordered him to put his hands behind his back.  Sergeant Mars said that Antonio did not bring his arms behind him, but lifted his arms straight out and to the sides with his hands even with his shoulders. Sergeant Mars quickly placed a handcuff on Antonio's right arm and then slowly brought his right hand behind Antonio's back.  Sergeant Mars told Antonio to bring his left hand behind his back.  After Antonio declined to bring his left arm back to be handcuffed, Sergeant Mars said he pulled Antonio off balance and to the ground.  He was then able to apply the second handcuff.

Date/Time Printed: 01/06/2014 08:38:08
Printed By / Reason: #sangt1 / 3485

13-39617

Sergeant Mars said Antonio was conscious and speaking, but he could not
understand what he was saying.  Sergeant Mars directed his attention
to witnesses that had remained on scene and he began gathering their
personal information.  Antonio remained on the ground a few feet away and
Sergeant Mars said he was compliant at this point.

Sergeant Mars said he quickly gathered information from the witnesses and
then returned to Antonio to stand him up.  After believing that Antonio
was under control, Sergeant Mars said he told the witnesses that they
were free to leave.

Sergeant Mars said he was reluctant to transport the suspect in his car,
because his vehicle was not outfitted with a barrier that would separate
him from Antonio while driving.  Sergeant Mars said he knew that he would
have to call for a second car to transport Antonio so he decided to sit
Antonio on the ground to await further transport.

As Sergeant Mars touched Antonio's arm to assist him to the ground,
Antonio reportedly quickly moved his handcuffed arms toward the ground
and attempted to step back through the handcuffs.

Sergeant Mars explained that he feared if the suspect was able to get his
hands in front of him, he would not be able to control Antonio.  To try
to maintain control on the ground, Sergeant Mars pushed Antonio downward.
 Sergeant Mars said he could barely hold onto Antonio and he continued to
try to get his hands under his feet.  Sergeant Mars said Antonio seemed
to display strength that was above normal.

Antonio also reportedly grabbed Sergeant Mars' leg and groin area and was
kicking ("mule kick") Sergeant Mars as well.

When it became apparent that Sergeant Mars was unable to control Antonio,
Sergeant Mars' retrieved his taser from his belt holster.  He utilized
the taser without the cartridge to administer a "drive stun". Sergeant
Mars said he did not know how many times he utilized his taser on
Antonio.  With each time the taser stopped the five second cycle, Antonio
would continue to attempt to get his handcuffs in front of him and to
resist.

After failing to control Antonio with the taser, Sergeant Mars said he
removed his collapsible ASP baton from his belt.  Sergeant Mars said he
thought he may be able to control Antonio's arms and legs to stop his
kicking and attempts to get his handcuffs in front.

Sergeant Mars said he struck Antonio in his upper arm with the baton
approximately four to six times.  After the strikes were apparently

Date/Time Printed: 01/06/2014 08:38:08
Printed By / Reason: #sangt1 / 3485

13-39617

ineffective, he tried to strike him in the upper leg.  Sergeant Mars said
he was on his knees and could not administer a full strike.

After the baton strikes were ineffective, he stopped the strikes.  At
this point, Officer Kenner arrived.  Antonio continued his resistance and
Sergeant Mars and Officer Kenner tried to utilize the baton to pull his
arms upward back up behind his back.  They could not control Antonio's
arms.  Sergeant Mars said he was too tired to continue wrestling with
the suspect, so he again deployed his taser with the cartridge attached.
Antonio reportedly stopped his resistance when the taser was delivering a
stun, however, he continued to struggle when it stopped.

Sergeant Mars said Officer Corson also arrived to assist with the arrest.
 Sergeant Mars said with the three officers now present, they were able
to utilize Officer Kenner's baton to force his hands back upward to a
controlled position. At that time Antonio's resistance ceased.  Antonio
was then placed on the ground where he rolled onto his side.

Sergeant Mars said he called for an ambulance, due to the small
laceration to Antonio's head and his apparent drug intoxicated state.

Antonio was reportedly conscious, breathing heavily and mumbling while
the ambulance was en route.

Once the ambulance arrived, Sergeant Mars said the paramedics requested
that they remove the handcuffs.  Sergeant Mars said he did not want to
remove the handcuffs for fear that Antonio would start fighting again.

Sergeant Mars said he sent Officer Corson in the ambulance in the event
that Antonio began resisting again.

Sergeant Mars said two Bridgeton Police Officers arrived after Antonio
was under control and they followed the ambulance.

Detective Sanders then spoke to Sergeant Mars regarding injury to him,
which was sustained during the incident.  A long scratch was visible to
his right forearm as well as a large bruise to his forearm area.  His
knees were also bruised.

Detective Sanders then spoke with Officer Kenner while on scene and
requested that he provide a statement regarding the incident.

Officer Kenner explained that he was on patrol when he heard that
Sergeant Mars was on a traffic stop for a suspect intoxicated driver.
The call was next to Officer Kenner's sector, therefore he responded to
assist with the stop.  Officer Kenner explained that he did not respond

Date/Time Printed: 01/06/2014 08:38:08
Printed By / Reason: #sangt1 / 3485

13-39617

in an expedient manner, because Sergeant Mars had not yet called stating he was in need of emergency aid.

When Officer Kenner arrived he said he observed Sergeant Mars on the ground with the suspect.  Antonio was reportedly "thrashing", "kicking" and trying to get his handcuffs in front by swinging his hands under his feet.  Officer Kenner ran to Sergeant Mars' aid.

Officer Kenner explained that he tried to help pull the suspect's hands back behind his back, but Antonio was resisting and grabbed Officer Kenner's leg pulling him forward.  Officer Kenner explained that Antonio's level of strength did not seem natural and he and Sergeant Mars were still unable to control Antonio.  Officer Kenner said Sergeant Mars told him to back away as Sergeant Mars again deployed his taser utilizing an affixed taser cartridge. Officer Kenner said Antonio still would not comply.  At this point, Officer Kenner said he attempted to deploy his taser, but the taser appeared to malfunction.

Officer Kenner said Officer Corson then arrived to assist.  Officer Kenner said he utilized his ASP baton as a "lever" to finally pull Antonio's arms up behind his back.  Officer Kenner said it took all three officers to accomplish this task.

When Antonio's arms were finally secured behind his back, Officer Kenner said Antonio finally stopped resisting.  Officer Kenner said Antonio was rolled to his back after which Antonio rolled to his side on his own. Officer Kenner said Antonio was conscious, breathing heavily and was not talking.

Regarding injury to Antonio, Officer Kenner said he observed a small laceration above his eye.  Sergeant Mars called for an ambulance for Antonio and to access Sergeant Mars.  Antonio reportedly remained conscious and Officer Kenner said the suspect looked at him several times.

Officer Kenner explained that once the ambulance arrived, Officer Kenner had no further contact with Antonio.

Detective Sanders then spoke with Officer Corson while on scene and requested that he provide a statement regarding the incident.

Officer Corson explained that he received a phone call from dispatch requesting that he respond to assist Sergeant Mars with a traffic stop.  He said at the time of this initial call he was given very little information regarding the call. After further contact with dispatch, Officer Corson said he was directed to expedite his response.

Date/Time Printed: 01/06/2014 08:38:08
Printed By / Reason: #sangt1 / 3485
13-39617

As Officer Corson arrived, he said he observed that Sergeant Mars and Officer Kenner were trying to control Antonio; however, Antonio was attempting to pull his hands under his feet.  Antonio was also reportedly in a position that he could kick and resist.  Officer Corson said he approached and grabbed Antonio's arms and tried to pull Antonio's hands back up behind his back.  Officer Corson explained that Antonio seemed unusually strong and he initially could not move the suspect's hands.

Eventually, Officer Corson said the three officers collectively were able to control the suspect's arms utilizing an ASP baton.  Now with the Antonio's arms under control, he rolled to his side and an ambulance was called.

Once EMS personnel arrived on scene, they prepared Antonio for transport.  Sergeant Mars directed Officer Corson to ride with the ambulance.  Officer Corson explained that Antonio was not combative at this point.

Antonio remained conscious during the ambulance ride to DePaul Hospital.  Once at the emergency room, Officer Corson said he removed the handcuffs from the suspect per the request of medical staff.  Officer Corson said he concluded his assistance with the matter at that time.

Following the cursory interviews of the officers on scene and after the completion of the scene investigation, Detective Sanders requested that the Hazelwood Officers accompany St. Louis County Detectives to St. Louis County Police Headquarters for formal interview.

Prior to responding to police headquarters to interview the Hazelwood Officers, Detective Sanders was provided with evidence related to the incident that had been previously gathered by Hazelwood Police Department.  The evidence was related to the investigation that had been conducted by Hazelwood Police until the matter and been remanded to the St. Louis County Police Department.

These items were later reviewed, packaged as evidence and remanded to the St. Louis County Police Property Control Unit for storage. The items are described as follows:

Compact disc recorded audio statement from treating Paramedic Palermo

Compact disc recorded audio statement from treating Paramedic Cantrell

Compact disc recorded audio from 911 traffic Hazelwood Police

Compact disc recorded audio from 911 traffic Bridgeton Police

Date/Time Printed: 01/06/2014 08:38:08
Printed By / Reason: #sangt1 / 3485

13-39617

Compact disc recorded audio from Sergeant Mars' recorder capturing audio of
incident

Written statement provided by Paramedic Cantrell

Written statement provided by witness Eric Rapa

Written statement provided by witness Mark Wilson

Bridgeton Police Department CAD call report

Robertson Fire Department call summary

Copies of Hazelwood Crime Scene Photos

Hazelwood Taser download information for Sergeant Mars' taser

Hazelwood Taser download information for Officer Kenner's taser

After returning to St. Louis County Police Headquarters at approximately
10:00 PM, Detective Sanders and Detective Percich again contacted
Sergeant Mars, Officer Kenner and Officer Corson for interview.

The interviews were conducted between the approximate times of 11:00
PM on July 11, 2013 and 12:30 AM on July 12, 2013.  Detectives first
interviewed Sergeant Mars, followed by Officer Kenner and then Officer
Corson.  The officers reiterated their statements that they had provided
while on scene.

The statements provided by the officers were captured on digital audio
recorder, later downloaded to compact disc and remanded to the St.
Louis County Property Control Unit for storage.  For full details of the
interviews in verbatim, reference should be made to the compact discs of
the interviews.

Following these interviews, Detective Sanders seized Officer Kenner's
department issued taser (X26, serial number X00-374802).  The taser was
packaged by Detective Sanders for further analysis.

Detective Sanders was informed that Sergeant Mars' taser was being
analyzed at the Hazelwood Police Department and was not in his
possession.

Detective Sanders requested that Captain Jewson gather additional items
of possible evidentiary value.  The following items were requested
following the interviews with the Hazelwood Officers.

Taser X26, serial number X00-147350, belonging to Sergeant Mars

Taser X26 camera, V08-00474, belonging to Officer Kenner's taser

Mobile Date Terminal Downloads (officer laptop vehicle computer)

Audio recorder tape of Officer Kenner's personal audio recorder

Hard drive for Sergeant Mars, Officer Kenner and Officer Corson's car camera system

Captain Jewson was informed that Detective Schafer would pick up these items on Friday, July 12, 2013.

Captain Jewson and the Hazelwood Officers involved in the incident, departed St. Louis County Police Headquarters at approximately 1:00 AM.

Following these interviews, Detective Sanders learned that Detective Schafer and Detective Bradley had contacted potential witnesses to the incident as requested.  They provided Detective Sanders with a synopsis of their investigative findings described as follows:

At approximately 9:40 PM, Detectives Schafer and Bradley were directed by Detective Sanders to contact and interview witnesses Eric Rapa and Mark Wilson.  Accordingly, Detective Schafer telephoned Eric Rapa, who agreed to be interviewed by detectives at his residence.

At approximately 10:45 PM, Detective Schafer and Detective Bradley responded to 7 Spring Hill Circle in Wright City, Missouri 63390 and directed their attention to Eric Rapa who identified himself as follows:

Eric Charles Rapa (hereafter referred to as Eric)
White Male
DOB: ███/1983
████████████████████████████████
Home Phone: 637-745-7820
Cellular telephone: 636-352-3406
Employer: United Health Care-Customer Service

Eric's statement was captured on Detective Schafer's digital audio recorder.  Eric's recorded statement was later downloaded to a compact disc, which was packaged as evidence.  Detective Schafer released the evidence to the St. Louis County Property Control Unit.

Date/Time Printed: 01/06/2014 08:38:08
Printed By / Reason: #sangt1 / 3485
13-39617

The following is not a transcription of Eric's statement, but a summary.
For full details in regard to Eric's statement in verbatim, reference
should be made to the compact disc.

Eric stated he and his fiancée, Tiffany Callahan, were on their way
to pick up their children when they approached congested traffic on
Aubuchon Road.  He observed several brake lights in front of their
vehicle and several vehicles had pulled over onto the side of the road.
Eric stated they initially believed there was a traffic accident ahead
so they pulled onto the roadside.  Tiffany was operating a Kia Sedona and
remained inside the vehicle, while Eric exited the front passenger seat
to investigate the reason for the traffic congestion.

Eric stated he observed a black male exit a sport utility vehicle (SUV)
and began stumbling.  The male extended both arms outward to his sides
and was walking in/out of traffic.  Eric described the male as having a
large stature.  He also noted the male appeared confused.

Eric called out to the male and asked if he was okay.  Eric stated he
couldn't hear the male's response, so he approached him.  Eric again
asked him if he was okay.  The male responded, "I'm just seeing what
is going on".  Eric then asked him if he was hurt to which the male
responded, "No, I'm just seeing what is going on".  Eric added the male's
speech was slurred and he appeared intoxicated.

Eric asked the male if he (Eric) could move his vehicle, due to it
partially blocking the eastbound traffic lanes of Aubuchon road.   The
male stated that would be fine.  Eric also asked if there were additional
occupants in the vehicle, which the male stated there were not.  Eric
stated the male stood directly behind his SUV so he had to ask him to
move so he could park his vehicle in a safe location.

While parking the male's vehicle, a Hazelwood Police Officer in uniform
responded in a marked police vehicle with the emergency lights activated.
Eric advised the police vehicle was positioned behind the vehicle he
was operating.  Eric explained to the officer that the original driver
of this vehicle was actually the black male and that he (Eric) moved the
vehicle off the roadway for safety concerns.  Eric then complied with the
officer's instruction to turn off the vehicle.

Eric stated the police officer then contacted the black male.  Eric
stated the police officer asked him if he had been drinking alcohol and
if he had been operating the vehicle.  The black male stated he had been
drinking alcohol and operating the vehicle.  The police officer advised
the male he was under arrest and placed a single handcuff on his right
wrist.  The police officer ordered the male to place his left arm behind
his back, but the male refused to comply.  Eric described the male's

Date/Time Printed: 01/06/2014 08:38:08
Printed By / Reason: #sangt1 / 3485

13-39617

actions as "moving away" from the officer and not allowing the officer to handcuff his left wrist.

Eric estimated the officer instructed the male to place his arm behind his back five times.  As a result of not complying with the officer's commands, the male was briefly wrestled onto the ground by the officer. The officer then placed the remaining handcuff on the male's left hand. Eric observed a small trickle of blood on the male's forehead as he lay on the ground.  The black male was rested on his stomach with his face forward.  The officer asked the male to roll over so he could place him in his vehicle, but he did not respond to the officer.

Eric stated he provided a statement to the officer with regard to his observations.  Eric added while the male was handcuffed, he pulled a cell phone out of his pocket.  The speakerphone appeared to be activated and Eric believed the male was speaking with his wife; the male stated his wife knew where he was.  He also recalled a female kept stating "What?" The officer contacted the male and advised he would talk to his wife as soon as he could.  The officer took the male's cell phone and continued to obtain Eric's statement.

Eric stated the officer tried to place the suspect on his side, but he was uncooperative and wouldn't allow the officer to move him.  Eric offered the officer assistance in moving the suspect, but the officer declined, advising additional officers were en route.

Eric departed having last seen the officer and suspect in the gravel driveway, on the driver side of the officer's vehicle.

Eric stated the suspect appeared to be under the influence of alcohol and/ or drugs. Eric explained that during the encounter, the officer acted reasonably.

Eric was unable to provide any further information and the interview was concluded.

Upon review of Eric's statement, it was consistent with his original statement to the Hazelwood Police Department.

At approximately 11:30 PM, Detective Schafer and Detective Bradley then directed their attention to Tiffany Callahan who identified herself as follows:

Tiffany M. Callahan (hereafter referred to as Tiffany)
White Female
DOB: ███/1981
████████████████████████████████

Date/Time Printed: 01/06/2014 08:38:08
Printed By / Reason: #sangt1 / 3485

13-39617

Home telephone: 637-745-7820
Cellular telephone: 314-583-5889

Tiffany reported she and Eric were on their way to pick up their children.  While driving on Missouri Bottom Road, a few cars ahead started braking and just stopped.  A female exited the vehicle in front of them and started running toward two vehicles in front of hers.  Tiffany's fiancé, Eric, exited the vehicle to see if anyone was injured.  Tiffany remained in the vehicle.

When the officer arrived, Tiffany moved her vehicle in front of the two vehicles, which were ahead of hers.  Tiffany observed a black male in handcuffs, on the gravel driveway.  Tiffany observed the suspect reaching for a phone in his pocket.  The male was talking on his phone, trying to communicate with a female.  Tiffany recalled hearing her voice, but did not know what she was saying.  Tiffany believed the female could not understand the male.

Tiffany stated while seated in her vehicle, she informed the officer that the male had his phone.  The officer replied he would take care of it upon getting Eric's statement.  The officer then asked them to stay until he could get the male in his vehicle.

Tiffany stated the male did not want to get off the ground willingly.  Since the male remained on the ground, the officer advised Eric and Tiffany they could leave and he would wait for backup officers.  Eric returned to the vehicle and they departed.

Tiffany described the subject as a tall, black male.  She stated he seemed "out of it" and had "no idea what was going on".  The male's speech was slurred and he did not appear to comprehend.

Tiffany remained in her vehicle the entire time with the windows rolled down so she could hear what was happening.

Tiffany stated the male did not appear injured and was able to move enough to at least get his phone out of his pocket and up toward his hip while handcuffed.  She also stated the male made no complaints.

Tiffany advised she and Eric never called 911, but believed the female occupying the vehicle in front of theirs did; she appeared to get off the phone when police responded.

Tiffany stated the officer was in a police uniform and occupying a marked police vehicle with the emergency lights activated.

Tiffany stated the male had to be under the influence of a mixture of drugs and alcohol due to his incoherent state.

Tiffany had no further information to report and the interview was concluded.

At approximately 12:37 AM, Detective Schafer and Detective Bradley responded to the residence of additional witness' of the incident, located at 2409 Middle Valley Drive Florissant, Missouri 63031.

The witnesses are fully identified as follows:

Mark L. Wilson (hereafter referred to as Mark)
White Male
DOB: ▊▊▊/1967
SSN: ▊▊▊▊▊▊
2409 Middle Valley Drive
Florissant, Missouri 63031
Telephone: 314-707-3704

And

Kathy D. Wilson (hereafter referred to as Kathy)
White Female
DOB: ▊▊▊/1960
SSN: ▊▊▊▊▊▊
▊▊▊▊▊▊▊▊▊▊▊▊
▊▊▊▊▊▊▊▊
Telephone: 314-707-0852

Detective Bradley and Detective Schafer directed their attention to Mark. Mark stated on the day of the incident, he was driving in his vehicle with his wife, Kathy, and his brother in law, who is fully identified as follows:

Anthony Ruzzo (hereafter referred to as Anthony)
White Male
DOB: ▊▊▊/1956
▊▊▊▊▊▊▊▊▊▊▊▊
▊▊▊▊▊▊▊▊
Telephone: 417-860-9136

Mark stated he was driving northbound on Charbonier Road at Riverwood Estates Drive where he stopped at the four-way intersection at a stop sign. He observed what he believed to be a gray Chevrolet Suburban stopped for an extended period of time facing the wrong way in his lane of traffic.

Date/Time Printed: 01/06/2014 08:38:08
Printed By / Reason: #sangt1 / 3485

13-39617

He stated the grey Suburban then slowly drove towards his vehicle across
the intersection and returned to its lane of traffic and it passed his
vehicle.  He stated when the vehicle passed, he observed a thin, middle
aged, black male, later identified as Antonio, operating the vehicle and
he did not observe any other occupants inside the vehicle.

He stated that due to his observations, he turned his vehicle around
behind this vehicle and followed this vehicle south on Charbonier Road.
 He stated he observed this vehicle cross the center lane of traffic
several times and it was apparent something was wrong with the driver,
so he called 911. Mark reported his observations and provided the 911
dispatcher with the license plate of the vehicle.

He stated the Suburban continued to swerve and failed to maintain a
single lane.  At several points, he almost struck other vehicles head
on.  He stated the Suburban then eventually reached the incident location
and Antonio parked the vehicle on the side of the road, partially
obstructing the traffic lane.  He stated Antonio then exited the vehicle
and he observed Antonio appeared to be very unstable on his feet and
disoriented.  Mark added another male motorist stopped with him and
contacted Antonio asking if he was okay.  He stated the other male
motorist asked Antonio if he could move his vehicle since the vehicle was
blocking traffic and Antonio acknowledged he could.  Mark stated Antonio
was holding a cellular phone in his hand during this time and he observed
Antonio's eyes appeared to be glassy and his speech was slurred.

He stated the other male motorist moved Antonio's vehicle to a gravel
area off of the road and then Sergeant Mars arrived on scene wearing full
police uniform and driving his marked patrol vehicle with his overhead
emergency lights illuminated.

Mark stated Sergeant Mars then contacted Antonio who continued to tell
Sergeant Mars he was intoxicated and Sergeant Mars learned he was the
subject operating the vehicle.

Mark stated at this point he was standing at the rear bumper of Sergeant
Mars' patrol vehicle while Sergeant Mars and Antonio were standing near
the driver's side door of the patrol vehicle.

Mark stated Sergeant Mars then advised Antonio he was under arrest for
driving under the influence and he instructed Antonio to place his arms
behind his back.  He stated Antonio allowed Sergeant Mars to place a
handcuff on one of his arms, but as he attempted to handcuff his other
arm, Antonio suddenly pulled away from Sergeant Mars several times not
allowing him to handcuff him.  He stated Sergeant Mars continually
ordered Antonio to stop resisting and to place his hands behind his back

and Antonio would not comply with his commands.  He stated Sergeant Mars
then performed "a take-down move" and placed Antonio onto the ground
on his stomach and successfully handcuffed both of Antonio's arms with
handcuffs and Antonio appeared to stop resisting.  Mark added during most
of the incident, he could hear Antonio stating his wife was on the phone
several times.

Detective Bradley asked Mark if Antonio's demeanor was the same after he
was handcuffed as before and he stated Antonio was acting the same as he
was prior to be arrested.

Mark stated he had a conversation with Sergeant Mars asking if he needed
any further assistance, to which Sergeant Mars stated he had other
officers on the way and he did not need any assistance.  He stated he
then entered his vehicle and drove past the incident location and last
observed Sergeant Mars was assisting Antonio in sitting up.  Mark added
he was the only person that exited his vehicle, as Kathy and Anthony
remained in his vehicle.

Detective Bradley and Detective Schafer conducted a formal interview
with Mark, which was captured on audio digital recorder.  During the
interview, Mark re-iterated his above statement.

The interview was later downloaded onto a compact disc and conveyed to
the Property Control Unit for storage.  For full details of the interview
of Mark in verbatim, reference should be made to the seized compact disc.

Detective Bradley and Detective Schafer then directed their attention
to Kathy.  Kathy provided a statement consistent with Mark's above
documented statement and stressed the way that Antonio was driving,
it was apparent he was intoxicated, due to him almost striking several
cars and objects along the roadway.  Kathy then stated when they arrived
at the incident location, she remained in the vehicle with Anthony
and did not witness the arrest of Antonio.  She stated while seated in
her vehicle, she initially observed Antonio appeared to be intoxicated
because he appeared to not know where he was and was not walking
straight.

She stated when Mark arrived back in their vehicle, they departed from
the incident location.  She last observed Antonio was handcuffed, sitting
on the ground, near the police vehicle.  She stated the last time she
saw Antonio he appeared to be talking to Sergeant Mars and attempting to
stand up.

Detective Bradley and Detective Schafer conducted a formal interview
with Kathy, which was captured on audio digital recorder.  During the
interview, Kathy re-iterated her above statement.

Date/Time Printed: 01/06/2014 08:38:08                                                                                    13-39617
Printed By / Reason: #sangt1 / 3485

The interview was later downloaded onto a compact disc and conveyed the
Property Control Unit for storage.  For full details of the interview of
Kathy in verbatim, reference should be made to the seized compact disc.

Detective Sanders also asked Detective Schafer to conduct a follow-up
investigation at DePaul hospital to determine if any personal items
belonging to Antonio Johnson remained.

Accordingly, Detective Schafer arrived at DePaul Hospital at 2:20 AM
and contacted Security Officer Kristi Manetzke.  Detective Schafer asked
Security Officer Manetzke if any personal items belonging to Antonio
remained.  Security Officer Manetzke obtained the valuables inventory
form of Antonio, which indicated eighteen dollars had been inventoried.
This currency had since been released to Latasha Johnson, who signed the
form.

Detective Schafer then inquired if any additional items belonging to
Antonio Johnson remained in the room he was previously being treated.

Security Officer Manetzke then telephoned Registered Nurse Jan
Wuebbeling, who spoke with Detective Schafer and advised the following:

Nurse Wuebbeling advised she was the charge nurse for Antonio Johnson
while he was being treated in room 329.  Nurse Wuebbeling advised no
personal items belonged to Antonio remained at the hospital.  Nurse
Wuebbeling recalled Antonio was clad in a black shirt, baggy jeans, and
a brown, leather belt.  The black shirt was cut and disposed of during
treatment.  The jeans were cut and underneath him.  Nurse Wuebbeling
stated she checked all his pockets, noting there were only coins in his
pocket.  The jeans were placed in a closet, but have since been taken by
housekeeping or the patient's family.

Nurse Wuebbeling stated she did not observe blood on any clothing
belonging to Antonio.  The only injuries she observed was a laceration
near his right eyebrow, which was bandaged, and a tear on his left wrist.

She stated she never saw a cell phone and was unable to locate any items
of identification on Antonio's person.

Nurse Wuebbeling was unable to provide any further information and the
interview was concluded.

Subsequently, Detective Schafer departed DePaul Hospital.

Detective Sanders concluded his preliminary investigation of the incident
on July 12, 2013 at approximately 2:00 AM.

Date/Time Printed: 01/06/2014 08:38:08                                                                13-39617
Printed By / Reason: #sangt1 / 3485

Continuing with the investigation on Friday, July 12, 2013, at
approximately 8:00 AM, Detective Patrick Hokamp, DSN 3476, Division
of Criminal Investigation, Bureau of Crimes Against Persons, attended
the post-mortem examination of Antonio Johnson at the St. Louis County
Medical Examiner's Office, located at 6039 Helen Avenue.  Doctor Gershom
Norfleet performed the examination.

Detective Rob Hirtz, DSN 2401, and Detective Michael Kaemmerer, DSN 3481,
Division of Criminal Investigation, Crime Scene Unit, were present for
the post-mortem examination. See Detective Hirtz' supplemental report for
a full description of his investigation.

Doctor Norfleet said the cause of death and manner of death were
undetermined pending the toxicology results. See St. Louis County Medical
Examiner's report 13-4672 for the official findings of Doctor Norfleet's
examination.

Upon receiving Doctor Norfleet's conclusion, Detective Hokamp departed
the Medical Examiner's Office at approximately 10:50 AM.

Also on Friday, July 12, 2013, at approximately 3:00 PM, Detective
Schafer responded to the Hazelwood Police Department and contacted
Captain James Hudanick, DSN 253, of the Hazelwood Police Department.

Captain Hudanick provided Detective Schafer with the following items of
evidence:

Taser X26, black and yellow in color, serial number X00-147350, Sergeant
Mars

Taser cam, black in color, serial number X08-004794, Officer Kenner

Hard drive in metal box, serial number C00952513

Hard drive in metal box, serial number C00936807

Hard drive in metal box, serial number C00936833

USB memory device, portable, red in color, containing MDT downloaded
information

Microcassette containing Officer Kenner's audio recording

Compact disc containing 911 recordings and radio traffic

Compact disc containing interviews of Paramedics

Detective Schafer packaged the taser X26, taser cam, and three hard drives as evidence.  This evidence was released to the Property Control Unit for storage.

The USB memory device and micro-cassette were remanded to Detective Sanders, which he later reviewed and also packaged as evidence.

This concluded Detective Schafer's assistance in this investigation.

Following the initial investigation, Detective Sanders began to review the documents provided by Hazelwood Police Department.

Detective Sanders first reviewed the recorded audio of the incident that was captured on Sergeant Mars' audio recorder.  The recording was approximately sixteen minutes in length and encompassed from his initial approach of Antonio until paramedics were arriving on scene.

Detective Sanders found that the contents of the recording were consistent with the statements provided by Sergeant Mars, Officer Kenner and Officer Corson.

Detective Sanders noted Sergeant Mars was repeatedly giving loud verbal commands for Antonio to put his hands behind his back.  In addition, Sergeant Mars was instructing Antonio to stop kicking and fighting.

At approximately eight to nine minutes into the recording, Detective Sanders noted what sounded like Sergeant Mars utilizing his ASP baton to strike the suspect as Sergeant Mars had stated.  Detective Sanders noted what sounded like several taser deployments as also stated by Sergeant Mars.

For full details of the recording in verbatim, reference should be made to the included compact disc of the recording.

Detective Sanders reviewed the documents provided by Hazelwood, which outlined the taser deployment data for both Sergeant Mars and Officer Kenner.

In reference to Sergeant Mars taser data for his X26 taser, serial #X00-147350, Detective Sanders noted his taser was deployed thirteen times during the incident.  Five deployments were noted, followed by an approximate three minute gap (possibly during the reported ASP baton strikes); an additional eight deployments were then documented over an approximate two minute period.

Date/Time Printed: 01/06/2014 08:38:08                                                    13-39617
Printed By / Reason: #sangt1 / 3485

Sergeant Mars' taser was not outfitted with a video camera, which was
described as standard for a supervisor.

In reference to Officer Kenner's taser data for his X26 taser, serial
#X00-374802, Detective Sanders noted that no deployments were captured
during the incident.

Taser video footage for Officer Kenner's taser camera captured an
approximate five seconds of video that did not show Antonio or officers.

Detective Sanders later requested that St. Louis County Department
Armorer John Bozarth, DSN 2618, conduct a second download of Sergeant
Mars' and Officer Kenner's seized tasers to compare to the previously
downloaded information completed by Hazelwood Police Department.

The data was consistent with the data downloaded by Hazelwood Police
Department as indicated above.  This data was downloaded to a written
report, which Detective Sanders later packaged as evidence and remanded
the report to the St. Louis County Property Control Unit for storage.

Next, Detective Sanders, with the assistance of St. Louis County
Detective James Karase, DSN 3472, reviewed the footage captured on
the seized hard drives of the car camera systems for Sergeant Mars',
Officer Kenner's and Officer Corson's above described vehicles.  It was
determined that Sergeant Mars' car camera was not functioning at the time
of the incident.

Officer Kenner's camera system was powered on; however, no footage was
captured at the time of the incident.  It should be noted that the camera
only records when the emergency lights of a police vehicle are activated.
  Since Officer Kenner did not respond with emergency lights and siren,
his camera was not activated.

It should also be noted that Officer Kenner had a personal audio recorder
with him during his scheduled shift.  St. Louis County Police later
seized the cassette, however, it was determined that the recorder did not
capture the audio of the incident.

Detective Sanders further reviewed the copies of the crime scene
photographs taken by Hazelwood Police Department immediately following
the incident.

Photographs of Sergeant Mars' injuries depicted what appeared to be
abrasions and contusions to his knees and his right forearm.  A thin
laceration or scratch was also visible, which spanned the length of
his right forearm.  It should be noted that these injuries were more

Date/Time Printed: 01/06/2014 08:38:08
Printed By / Reason: #sangt1 / 3485

13-39617

pronounced at the time of Detective Sanders' interview with Sergeant Mars on June 11, 2013.

The photographs also captured details of the suspect vehicle's exterior and interior.  Detective Sanders noted an apparent empty bottle of Boone's Farm Strawberry Hill wine inside the suspect vehicle.  Also noted in the photographs was a silver cellular telephone located on top of the center console.

The vehicle was reportedly released to the suspect's wife prior to St. Louis County Police involvement in the investigation.  The suspect's wife was fully identified as follows:

Latasha T. Johnson (hereafter referred to as Latasha)
Black Female
DOB: ████/1977
SSN: ███████████
Address: ███████████████████████████
Telephone:  314-757-4471

Latasha spoke to Hazelwood Officers after the incident both by phone and in person.  She indicated to Lieutenant Michael Brady, DSN 234, and Detective Brian Wilcox of Hazelwood Police Department, that her husband is known to use PCP.  She further indicated that she was on the telephone with Antonio and was attempting to pick him up when he was arrested.

For details of her statements to these officers, reference should be made to the supplemental reports documented in Hazelwood Police report number 13-2803.

Detective Sanders attempted to contact Latasha for further follow-up and interview on July 21, 2013.  A voicemail message was left for Latasha. On July 22, 2013, Attorney Al Watkins contacted Detective Sanders.  Mr. Watkins stated he would arrange a meeting with his client Latasha and Detective Sanders.

After an additional call on July 23, 2013 to Mr. Watkins, it was determined that Latasha had sought Bosley Law Firm as attorney representation.  Detective Sanders attempted to contact Latasha on July 23rd and learned that her cellular telephone was disconnected.

Detective Sanders left messages with Bosley Law Firm on July 29, 2013 and August 1, 2013 in an effort to contact and interview Latasha.  As of August 6, 2013, the calls have gone unanswered.

Date/Time Printed: 01/06/2014 08:38:08                                                          13-39617
Printed By / Reason: #sangt1 / 3485

Continuing with additional follow-up, Detective Sanders contacted two
Bridgeton Police Officers who had reportedly responded to the scene after
Antonio was fully restrained and awaiting paramedics to arrive.

On July 22, 2013, Detective Sanders responded to the Bridgeton Police
Department and contacted these two officers identified as Officer Matthew
Black, DSN 227, and Officer Michael Johnson, DSN 242.

Both officers provided an audio-recorded statement that was later
downloaded to compact disc.  The statements were properly packaged as
evidence and remanded to the St. Louis County Property Control Unit for
storage.

In summary, Officer Black and Officer Johnson said they were dispatched
to respond to assist Hazelwood Officers.  They expedited their response
after hearing that Sergeant Mars was in need of aid.  When they arrived,
both officers explained that Antonio was handcuffed on the ground,
was conscious and was not resisting arrest.  Antonio was placed on the
ambulance, which the officers followed to DePaul Hospital.  The officers
said they were not involved further in the incident and had nothing
further to add.

On July 23, 2013, Detective Sanders prepared a Grand Jury Subpoena
request for medical records related to Antonio's care.  The records
requested included the dates of July 9, 2013 to July 11, 2013.

It should be noted that Detective Sanders received the requested
records from DePaul Hospital on August 5, 2013.  A review of the
records indicated that a drug screen of Antonio revealed the presence of
Ethanol.  A drug panel of Antonio's urine also indicated the presence of
Phencyclidine (PCP).

For full details of his care, reference should be made to the described
documents. The medical documents consisting of 569 pages were packaged as
evidence and remanded to the St. Louis County Property Control Unit for
storage.

Lastly, Detective Sanders reviewed the written witness statements
provided to Hazelwood Police Department by witnesses Eric Rapa and
Mark Wilson.  Their written statements were consistent with the above-
described statements, which were later provided to Detective Schafer and
Detective Bradley as reported earlier in this report.

On July 28, 2013, Detective Sanders contacted Paramedics Daniel Cantrell
and Kary Palermo of the Robertson Fire District. Detective Sanders
reviewed the recorded interviews of the paramedics as well as the written

Date/Time Printed: 01/06/2014 08:38:08
Printed By / Reason: #sangt1 / 3485

13-39617

statements provided to Hazelwood Police, which were later provided to Detective Sanders.

Both paramedics stated that they had no further information to add regarding the incident.

In summary, they said Antonio was conscious during initial treatment. While transporting Antonio to DePaul Hospital for treatment, his condition deteriorated until DePaul Hospital staff further cared for him.

At the time of this report, post-mortem and toxicology results for Antonio were not available. When the results are made available, Detective Sanders will prepare a supplemental report detailing the results.

The facts and circumstances of the incident and subsequent investigation will be forwarded to the St. Louis County Prosecuting Attorney's Office for their review.

# SAINT LOUIS COUNTY POLICE DEPARTMENT
## INVESTIGATIVE REPORT
## 13 - 39617 - SUPPLEMENT #4
### INVESTIGATIVE INFORMATION

| Supplement Information | | | |
|---|---|---|---|
| Current Case Status | **INACTIVE** | | |
| Date/Time Investigation | **07/17/2013 00:00 WEDNESDAY** | | |
| Reclassified Description | | | |
| Orig. Offense | **ASSAULT ON LAW ENFORCEMENT OFFICER** | | |
| Orig. UCR Code | **INVESTIGATION FOR OTHER AGENCY** | | |
| Juris Reporting | **SAINT LOUIS COUNTY** | Call Received | **RADIO** |
| For Jurisdiction | **HAZELWOOD** | Reporting Officer | **3482 - NIGH** |
| | | Reporting Dept. | **CRIME SCENE** |
| CAD Details | | | |
| Date/Time Received | **07/11/2013 17:36 THURSDAY** | Nature | **ASSAULT** |
| Date/Time Dispatch | | Date/Time Arrival | |
| Unit Num. | | COGIS | **2121** |
| PCT/Dist | **CENTRAL COUNTY PRECINCT** | Sector | **3** |
| Respond Location | | | |
| Street Address | **4600 AUBUCHON RD, SAINT LOUIS COUNTY, MISSOURI** | | |
| Apt/Suite/Rm # | | Location Desc | |
| Caller Information | | | |
| Caller Name | | | |
| Street Address | | | |
| Apt/Suite/Rm # | | Location Desc | |
| Area Code | | Phone # | |
| Occurrence Details | | | |
| Date/Time From | **07/04/2013 21:04 THURSDAY** | Date/Time To | |
| Premise | **STREET/HIGHWAY/SIDEWALK/ALLEY** | | |
| Street Address | **4600 AUBUCHON RD, SAINT LOUIS COUNTY, MISSOURI** | | |
| Apt/Suite/Rm # | | Location Desc | |
| Burglary Details | | | |
| Entry Point | | Exit Point | |
| Entry Method | | Tools Used | |
| ☐ Visible Point of Entry? | | | |
| Weapon/Object Used | | | |
| Other Agency | | | |
| Agency/Personnel | | | |
| Management | | | |
| Date/Time Entered | **08/21/2013 10:50 WEDNESDAY** | Entered By | **REBECCA PERSON** |
| Approval Record(s) | | | |
| **FINAL APPROVAL** | **DEBORAH BLANC** | **DSN 2984** | **09/05/2013 08:15 THURSDAY** |
| **SUPERVISOR REVIEW** | **JAMES MCBRIDE** | **DSN 2327** | **08/22/2013 07:03 THURSDAY** |

Date/Time Printed: 01/06/2014 08:38:08
Printed By / Reason: #sangt1 / 3485

13-39617

**NARRATIVE**

On 07/17/2013 Metro Air Support Helicopter piloted by PO Holtz and PO Furrer and I responded to the area of 4600 Aubuchon Road to obtain aerial images of the scene. I captured the following images

1&20, Crime scene information board

2-19, Aerial images of the scene at various angles

The digital images were forwarded to the Photo Lab.

Nothing further.

Date/Time Printed: 01/06/2014 08:38:08                                                          13-39617
Printed By / Reason: #sangt1 / 3485

## SAINT LOUIS COUNTY POLICE DEPARTMENT
## INVESTIGATIVE REPORT
## 13 - 39617 - SUPPLEMENT #5
### INVESTIGATIVE INFORMATION

| | | | |
|---|---|---|---|
| **Supplement Information** | | | |
| Current Case Status | **INACTIVE** | | |
| Date/Time Investigation | **07/11/2013 00:00 THURSDAY** | | |
| Reclassified Description | | | |
| Orig. Offense | **ASSAULT ON LAW ENFORCEMENT OFFICER** | | |
| Orig. UCR Code | **INVESTIGATION FOR OTHER AGENCY** | | |
| Juris Reporting | **SAINT LOUIS COUNTY** | Call Received | **RADIO** |
| For Jurisdiction | **HAZELWOOD** | Reporting Officer | **3167 - PYATT** |
| | | Reporting Dept. | **CRIME SCENE** |
| **CAD Details** | | | |
| Date/Time Received | **07/11/2013 17:36 THURSDAY** | Nature | **ASSAULT** |
| Date/Time Dispatch | | Date/Time Arrival | |
| Unit Num. | | COGIS | **2121** |
| PCT/Dist | **CENTRAL COUNTY PRECINCT** | Sector | **3** |
| **Respond Location** | | | |
| Street Address | **4600 AUBUCHON RD, SAINT LOUIS COUNTY, MISSOURI** | | |
| Apt/Suite/Rm # | | Location Desc | |
| **Caller Information** | | | |
| Caller Name | | | |
| Street Address | | | |
| Apt/Suite/Rm # | | Location Desc | |
| Area Code | | Phone # | |
| **Occurrence Details** | | | |
| Date/Time From | **07/04/2013 21:04 THURSDAY** | Date/Time To | |
| Premise | **STREET/HIGHWAY/SIDEWALK/ALLEY** | | |
| Street Address | **4600 AUBUCHON RD, SAINT LOUIS COUNTY, MISSOURI** | | |
| Apt/Suite/Rm # | | Location Desc | |
| **Burglary Details** | | | |
| Entry Point | | Exit Point | |
| Entry Method | | Tools Used | |
| ☐ Visible Point of Entry? | | | |
| **Weapon/Object Used** | | | |
| **Other Agency** | | | |
| Agency/Personnel | | | |
| **Management** | | | |
| Date/Time Entered | **08/27/2013 08:22 TUESDAY** | Entered By | **REBECCA PERSON** |
| **Approval Record(s)** | | | |
| FINAL APPROVAL | **DEBORAH BLANC** | **DSN 2984** | **09/05/2013 08:15 THURSDAY** |
| SUPERVISOR REVIEW | **JAMES MCBRIDE** | **DSN 2327** | **08/27/2013 11:10 TUESDAY** |

Date/Time Printed: 01/06/2014 08:38:08
Printed By / Reason: #sangt1 / 3485

13-39617

**NARRATIVE**

On7/11/13 /I was requested to respond to the above address to assist in the investigation of a suspicious death. This request was made by Det Sanders, 3485, on behalf of the Hazelwood Police Dept.

During this investigation I captured 40 digital images showing the following:

1 and 40 show the case information.

2-20 show overall and intermediate views of marked Hazelwood Police cars HPD 101, HPD 102, and HPD 136.

21-28 show overall views of the location (4600 Aubuchon Rd), and the location/position of the vehicles as reported by Hazelwood Police Officers.

29-39 show overall, intermediate, and close-up views of collected evidence.

I then responded to DCI, located at 7900 Forsyth, and captured the following images:

1 and 19 show the case information.

2-18 show overall, intermediate, and close-up views of injuries to the Hazelwood police officer.

The media card was forwarded to the St. Louis County Photo Lab.

During this investigation I collected the following items of evidence:

1.  Apparent TASER wires

2-4.  Three TASER cartridge doors.

DV1. Digital video of the scene recorded at approx 9PM, on 7/11/13.

The above listed items of evidence were conveyed to the St. Louis County Crime Lab where they were properly packaged and retained as evidence.

No further.

Date/Time Printed: 01/06/2014 08:38:08
Printed By / Reason: #sangt1 / 3485

13-39617

## SAINT LOUIS COUNTY POLICE DEPARTMENT
## INVESTIGATIVE REPORT
## 13 - 39617 - SUPPLEMENT #6
### INVESTIGATIVE INFORMATION

| Supplement Information | | | |
|---|---|---|---|
| **Current Case Status** | **INACTIVE** | | |
| Date/Time Investigation | | | |
| Reclassified Description | | | |
| Orig. Offense | **ASSAULT ON LAW ENFORCEMENT OFFICER** | | |
| Orig. UCR Code | **INVESTIGATION FOR OTHER AGENCY** | | |
| Juris Reporting | **SAINT LOUIS COUNTY** | Call Received | **RADIO** |
| For Jurisdiction | **HAZELWOOD** | Reporting Officer | **3485 - SANDERS** |
| | | Reporting Dept. | **HOMICIDE/ROB/SEX ASSALT UNIT** |
| CAD Details | | | |
| Date/Time Received | **07/11/2013 17:36 THURSDAY** | Nature | **ASSAULT** |
| Date/Time Dispatch | | Date/Time Arrival | |
| Unit Num. | | COGIS | **2121** |
| PCT/Dist | **CENTRAL COUNTY PRECINCT** | Sector | **3** |
| Respond Location | | | |
| Street Address | **4600 AUBUCHON RD, SAINT LOUIS COUNTY, MISSOURI** | | |
| Apt/Suite/Rm # | | Location Desc | |
| Caller Information | | | |
| Caller Name | | | |
| Street Address | | | |
| Apt/Suite/Rm # | | Location Desc | |
| Area Code | | Phone # | |
| Occurrence Details | | | |
| Date/Time From | **07/04/2013 21:04 THURSDAY** | Date/Time To | |
| Premise | **STREET/HIGHWAY/SIDEWALK/ALLEY** | | |
| Street Address | **4600 AUBUCHON RD, SAINT LOUIS COUNTY, MISSOURI** | | |
| Apt/Suite/Rm # | | Location Desc | |
| Burglary Details | | | |
| Entry Point | | Exit Point | |
| Entry Method | | Tools Used | |
| ☐ Visible Point of Entry? | | | |
| Weapon/Object Used | | | |
| Other Agency | | | |
| Agency/Personnel | | | |
| Management | | | |
| Date/Time Entered | **09/30/2013 11:14 MONDAY** | Entered By | **REBECCA PERSON** |
| Approval Record(s) | | | |
| **FINAL APPROVAL** | **REBECCA PERSON** | **DSN 3107** | **10/02/2013 09:18 WEDNESDAY** |
| **SUPERVISOR REVIEW** | **THOMAS LARKIN** | **DSN 1694** | **10/02/2013 08:47 WEDNESDAY** |

Date/Time Printed: 01/06/2014 08:38:08
Printed By / Reason: #sangt1 / 3485

13-39617

**NARRATIVE**

On Friday, September 20, 2013, at approximately 1:10 PM, Detective Greg
Sanders and Detective Aaron Schafer, DSN 3569, responded to 7800 Forsyth
Boulevard, the Law Offices of Kodner Watkins & Kloecker.

Detectives met with Latasha Johnson who is identified in a previous
supplement as the wife of suspect Antonio Johnson. Also present for the
meeting was Latasha's attorney, Michael Schwade.

Detective Sanders questioned Latasha regarding Antonio's history of drug
use and the specifics of the incident on July 9, 2013.

Latasha said that on July 9, 2013, Antonio dropped her off at work
at approximately 11:00 AM. Antonio was reportedly supposed to pick up
Latasha at 7:00 PM, but he did not respond as planned. She said she
called Antonio with no answer initially and then called her brother in-
law, Kevin Johnson (DOB: ████/1974), who responded and picked her up.

Latasha said she did reach Antonio at approximately 9:04 PM, by calling
his AT&T cellular telephone (314-743-7004). She said it sounded like
Antonio said, "Here she is", but the phone was then powered off.

Latasha said the phone was not recovered when the suspect's vehicle was
returned to her. Detective Sanders asked Latasha if the telephone that
was located on the center console (depicted in Hazelwood crime scene
photographs) belonged to Antonio. She said that phone belonged to a
friend of Antonio's who she could only identify as Kenny. Latasha said
she did not know where Antonio's phone was located.

Latasha said on the night of the incident she called various police
departments and then contacted Hazelwood Police Department. She said she
spoke to an unknown officer who informed her of Antonio's location.

Latasha later responded to DePaul Hospital where she learned that Antonio
was in critical condition. Latasha said she also spoke with Hazelwood
Detective Wilcox while Antonio was admitted at DePaul Hospital.

Regarding drug use by Antonio, Latasha said Antonio uses "PCP" and drinks
alcohol from time to time. Latasha said Antonio has never been violent
in her presence when he was under the influence of PCP. She described
Antonio as "acting like a child" when he was under the influence of PCP
and she did not want to be around him.

On Monday, September 30, 2013, Detective Sanders received the results
from the post-mortem examination, which was conducted by Doctor Gershom
Norfleet, of the St. Louis Medical Examiner's Office. The toxicology

Date/Time Printed: 01/06/2014 08:38:08
Printed By / Reason: #sangt1 / 3485

laboratory analysis was performed by Dr. Christopher Long, of the St. Louis University Toxicology Laboratory.

The results of the toxicology analysis proved negative for alcohol; the blood and urine drug screen indicated the following:

Blood:  Phencyclidine 220 Nanograms/ML
Urine:  Phencyclidine-greater than 500 Nanograms/ML

Based on the noted findings, Doctor Norfleet determined the cause of death to be multiple organ failure secondary to hypotension, due to/or as a consequence of Hypertensive heart disease; exacerbated by struggle and phencyclidine intoxication. The manner of death was determined to be Accident.

This report will be forwarded to the St. Louis County Prosecuting Attorney's Office for review.

Any further information obtained related to this incident will be presented in an additional supplement to this report.

---

## SAINT LOUIS COUNTY POLICE DEPARTMENT
## INVESTIGATIVE REPORT
### 13 - 39617 - SUPPLEMENT #7
**INVESTIGATIVE INFORMATION**

| Supplement Information | | | |
|---|---|---|---|
| **Current Case Status** | **INACTIVE** | | |
| Date/Time Investigation | | | |
| Reclassified Description | | | |
| Orig. Offense | **ASSAULT ON LAW ENFORCEMENT OFFICER** | | |
| Orig. UCR Code | **INVESTIGATION FOR OTHER AGENCY** | | |
| Juris Reporting | **SAINT LOUIS COUNTY** | Call Received | **RADIO** |
| For Jurisdiction | **HAZELWOOD** | Reporting Officer | **3485 - SANDERS** |
| | | Reporting Dept. | **HOMICIDE/ROB/SEX ASSALT UNIT** |
| **CAD Details** | | | |
| Date/Time Received | **07/11/2013 17:36 THURSDAY** | Nature | **ASSAULT** |
| Date/Time Dispatch | | Date/Time Arrival | |
| Unit Num. | | COGIS | **2121** |
| PCT/Dist | **CENTRAL COUNTY PRECINCT** | Sector | **3** |
| **Respond Location** | | | |
| Street Address | **4600 AUBUCHON RD, SAINT LOUIS COUNTY, MISSOURI** | | |
| Apt/Suite/Rm # | | Location Desc | |
| **Caller Information** | | | |
| Caller Name | | | |
| Street Address | | | |
| Apt/Suite/Rm # | | Location Desc | |
| Area Code | | Phone # | |
| **Occurrence Details** | | | |
| Date/Time From | **07/04/2013 21:04 THURSDAY** | Date/Time To | |
| Premise | **STREET/HIGHWAY/SIDEWALK/ALLEY** | | |
| Street Address | **4600 AUBUCHON RD, SAINT LOUIS COUNTY, MISSOURI** | | |
| Apt/Suite/Rm # | | Location Desc | |
| **Burglary Details** | | | |
| Entry Point | | Exit Point | |
| Entry Method | | Tools Used | |
| ☐ **Visible Point of Entry?** | | | |
| **Weapon/Object Used** | | | |
| **Other Agency** | | | |
| Agency/Personnel | | | |
| **Management** | | | |
| Date/Time Entered | **11/05/2013 08:17 TUESDAY** | Entered By | **DEBORAH BLANC** |
| **Approval Record(s)** | | | |
| **FINAL APPROVAL** | **DEBORAH BLANC** | **DSN 2984** | **11/06/2013 08:26 WEDNESDAY** |
| **SUPERVISOR REVIEW** | **CRAIG LONGWORTH** | **DSN 3211** | **11/05/2013 17:49 TUESDAY** |

Date/Time Printed: 01/06/2014 08:38:08
Printed By / Reason: #sangt1 / 3485

13-39617

**NARRATIVE**

On November 4, 2013, Detective Sanders received a letter from the St. Louis County Office of the Prosecuting Attorney regarding the disposition of this investigation.

The letter from Chief Warrant Officer Patrick Monahan advised that the officer's actions were in response to a resisting arrest, an assault and a failure to comply; therefore, no further action would be taken in reference to this incident.