# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| LATASHA JOHNSON, for herself and as Next Friend of A.D.J., A.T.J., T.J.J. and T.F.W., the surviving minor children of Antonio L. Johnson, deceased, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 4:14-cv-00286-SNLJ ) ) |
| CITY OF HAZELWOOD, CITY OF HAZELWOOD POLICE DEPARTMENT, NORMAN MARS, DANIAL KENNER, and JASON CORSON, | ) ) ) ) ) |
| Defendants. | ) |

## CONSENT MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF T.F.W.

COMES NOW Plaintiffs, by and through their undersigned counsel, and with the consent of Defendants, move to voluntarily dismiss Plaintiff T.F.W. pursuant to this Court's Amended Case Management Order (Doc. 51).

KODNER WATKINS & KLOECKER, L.C.

By: _____/s/   Michael D. Schwade_____
ALBERT S. WATKINS, MO34553
MICHAEL D. SCHWADE, MO60862
Attorneys for Plaintiffs
7800 Forsyth Blvd., 7th Floor
St. Louis, Missouri 63105-3758
(314) 727-9111
(314) 727-9110 Facsimile

## CERTIFICATE OF SERVICE

      Signature above is also certification that the above and foregoing document has been filed this 14th day of October, 2015 via the Court's CM/ECF system, which will cause a true and correct copy to be served upon:

Peter J. Dunne
Robert T. Plunkert
Pitzer Snodgrass, P.C.
100 South Fourth Street, Suite 400
St. Louis, MO 63102-1821